# Exhibit 2

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

# COMPLAINT

Plaintiffs:

> 1. GENESIS BBQ (Corporate Registration Number: 110111-1193153)
>
>    64 Jungdae-ro, Songpa-gu, Seoul (Munjeong-dong)
>
>    Co-representative Directors: GyeongJoo Yoon and HakJong Yoon
>
> 2. HongGeun Yoon
>
> 3. HyeWoong Yoon
>
>    Address of Plaintiffs 2 and 3: 49 Seolgae-ro, Sujeong-gu, Seongnam-si, (Siheung-dong)
>
>    Counsel for Plaintiffs
>
>    SHIN & KIM
>
>    100 Toegye-ro, Jung-gu, Seoul (State Tower, Hoehyeon-dong 2-ga)
>
>    Attorneys-at-law: SangHyeok Im, JaeSeop Song, SeHee Bang, SangYoon Lee, and HaeGyun Kim (Telephone No. 82 2 316 4114, Fax No. 82 2 756 6226)

Defendants:

> 1. Korean Broadcasting System (Corporate Registration Number: 111271-0001225)
>
>    13 Yeoigongwon-ro, Youngdeungpo-gu, Seoul (Yeoido-dong, KBS)
>
>    President & CEO: SeungDong Yang
>
> 2. JooHyung Lee
>
> 3. SeYeon Lee
>
>    Address of Defendants 2 and 3: Social Affairs Division, News and Sports Department, 13 Yeoigongwon-ro, Youngdeungdo-gu, Seoul (Yeoido-dong, KBS)

**Action claiming a correction statement, etc**.

## TENOR OF CLAIM

The Plaintiffs seek the following decision:

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

1. Defendant, the Korean Broadcasting System, shall publish a correction statement as contained in Appendix 1 by reading and displaying it for thirty (30) seconds on the screen at the very beginning of "***KBS 9 o'clock News***", which is unedited and to be aired for the first time after this decision is finally and conclusively rendered.

2. Defendant, the Korean Broadcasting System, shall publish a correction statement as contained in Appendix 1 at the top center of the landing page of the KBS News Homepage (http://news.kbs.co.kr/common/main.html) for seventy two (72) hours within one (1) day after this decision is finally and conclusively rendered, using the same font size and font as the title of the news story in Appendix 2 for the title and using the same font size and font as the title of the news story in Appendix 2 for the text and in such a manner that clicking on the title displays the correction statement, and achieve the correction statement in the news database after the publication.

3. Defendants shall jointly pay to Plaintiffs KRW 3,000,000,000 *plus* interest accrued thereon at the rate of 5 % p.a from November 15, 2018 to the date on which the copy of the Complaint was served on Defendants and interest accrued at the rate of 15 % p.a. from the day following the date of service, until payment in full.

4. Paragraph 3 may be provisionally enforced.

5. The litigation costs shall be borne by Defendants.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

### CAUSE OF ACTION

**1.    Status of Parties**

**A.    Status of Plaintiffs**

Plaintiff, GENESIS BBQ, (hereinafter "Plaintiff Company") is a corporation founded around 1995 and it has run a chicken franchise under the brand name, BBQ Chicken.

Plaintiff, HongGeun Yoon, the founder of Plaintiff Company, is the director who substantially operates it. Plaintiff, HyeWoong Yoon, Plaintiff HongGeun Yoon's son, joined BBDOTQ U.S. (hereinafter "BBQ U.S. Headquarters") located in New Jersey, U.S. around August 1, 2016 and has been engaging in establishing and operating the franchise stores of Plaintiff Company in the U.S.

**B.    Status of Defendants**

Defendant, the Korean Broadcasting System (hereinafter "Defendant KBS"), is a broadcasting business operator that provides television broadcast over KBS 1 channel and radio broadcasting nationwide.

Defendant, JooHyung Lee, is the manager of Social Affairs Division 2, News and Sports Department, Defendant KBS, and Defendant, SeYeon Lee is a reporter for Social Affairs Division 2, News and Sports Department, KBS.

**2.    Content of the news reports by Defendant KBS**

Defendant KBS reported that (1) Plaintiff Company used company money to pay for Plaintiff HyeWoong Yoon's overseas education, and (2) Plaintiff HyeWoong Yoon got paid by the BBQ U.S. Headquarters without working for it in its programs "***KBS 9 o'clock News***" that was aired at 21:00 on November 15, 2018; "***KBS News Square***" at 06:00 on November 16, 2018; "***KBS News***" at 09:30 on the same day; and "***KBS 12 o'clock News***" at 12:00 on the same day (hereinafter "First Report") (See Plaintiff's Exhibits No. 1-4, Each News Report)

In addition, Defendant KBS reported through "***KBS 9 o'clock News***" that was aired at 21:00 on November 16, 2018 that the National Tax Service investigated Plaintiff

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

Company in 2012 and found that some of its money has been misappropriated for the living expenses of the CEO's family in the U.S. (hereinafter "Second Report"; and the First Report and the Second Report are collectively referred to as "Reports") (See Plaintiff's Exhibit No. 5 News Report)

Furthermore, Defendant KBS published the Reports on its website and additionally published the Second Report in a format called "news reports with closed captioning" on its website. (See Plaintiff's Exhibit No. 6 News Report)

3.  **Falsehood of the Reports**

Plaintiff Company, however, did not misappropriate its money to pay for Plaintiff HyeWoong Yoon's overseas education, and Plaintiffs HongGeun Yoon and HyeWoong Yoon, in fact, legitimately sent their own money to pay for Plaintiff HyeWoong Yoon's overseas education.

In addition, Plaintiff HyeWoong Yoon is diligently working pursuant to his employment Contract as the operation manager taking care of the BBQ franchises in Boston, which is run by the BBQ U.S. headquarters, and he has never pretended to be an employee of the BBQ U.S. headquarters for such purposes as being paid for the living expenses while studying in the U.S.

Moreover, the investigation into Plaintiff Company, which was conducted by the National Tax Service in 2012, did not find at all that Plaintiff Company's money was misappropriated for the living expenses of Plaintiff HyeWoong Yoon and others in the U.S.

Ultimately, what is contained in the Reports is a report of totally untrue and false information.

4.  **Claim for a correction statement, etc.**

A person who suffers any damage due to the falsity of a press report on a factual allegation is entitled to make a claim for a corrected statement of the press report to the relevant press organization pursuant to Article 14 (1) of the Act on Press Arbitration

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

and Remedies for Damage Caused by Press Reports. It is unquestionable that the Reports are all about factual allegations, and the Reports caused Plaintiffs to suffer irrecoverable disadvantage in their reputation and credibility. Accordingly, Plaintiffs are entitled to claim against Defendant KBS a correction statement as contained in the Appendix.

Furthermore, since the Reports have inflicted serious damage to the reputation and credibility of Plaintiffs, Defendants who wrote and published the Reports to the press, are jointly liable to compensate Plaintiff for the damage they suffered pursuant to Article 751 (1) of the Civil Code. Specifically, Defendant KBS disregarded the court's decision on the preliminary injunction order restricting the broadcast of the First Report (See Plaintiff's Exhibit No.7 Seoul Southern District Court Decision No. 2018KaHap20527), and even published the Reports to the press repeatedly and maliciously over two days by broadcasting the First Report at the very beginning of ***KBS 9 o'clock News***[1]. This, as a result, caused Plaintiffs to suffer mental distress and very huge financial loss presumed to exceed KRW ten (10) billion, by dropping the sales of Plaintiff Company's franchise shops or damaging the brand value of BBQ. Therefore, Plaintiffs seek an award of damages in KRW 3,000,000,000 jointly from Defendants as part of the claim.

---

[1] November 15, 2018 when the first report of this Case was published for the first time to the press was the date for Scholastic Assessment Test in Korea. Just before that day, the Securities and Futures Commission of the Financial Supervisory Commission announced a statement about Samsung Biologics' intentional breach of accounting rules and thus, there was no reason for Defendant KBS to giving priority to the first report of this Case by broadcasting it at the very beginning of its leading news program.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

**5.    Conclusion**

As mentioned above, Defendants inflicted serious damage on Plaintiffs by writing and publishing the Reports to the press, so, they are held liable to publish a correction statement as contained in Appendix 1 and to compensate Plaintiffs for the damage they sustained. Therefore, we respectfully request your court to accept all the claims Plaintiffs have made.

Further details about the cause of action and exhibits will be submitted subsequently.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

## Exhibits

- Plaintiff's Exhibit No. 1  News report published on November 15, 2018
- Plaintiff's Exhibit No. 2  News report published on November 16, 2018
- Plaintiff's Exhibit No. 3  News report published on November 16, 2018
- Plaintiff's Exhibit No. 4  News report published on November 16, 2018
- Plaintiff's Exhibit No. 5  News report published on November 16, 2018
- Plaintiff's Exhibit No. 6  News reports with closed captioning
- Plaintiff's Exhibit No. 7  Seoul     Southern     District     Court     Decision     No. 2018KaHap20527

## Attachments

1. Appendix 1        Correction Statement
2. Appendix 2        News Report
3. Corporate Registration Certificate (GENESIS BBQ)
4. Corporate Registration Certificate (Korean Broadcasting System)
5. Power of Attorney for lawsuit
6. Designation Letter of Attorneys-at-Law

November 20, 2018

Counsel for Plaintiffs

SHIN & KIM

Attorneys-at-law        SangHyeok Im

JaeSeop Song

SeHee Bang

SangYoon Lee

HaeGyun Kim

**To be submitted to the Seoul Southern District Court**

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

Appendix 1

## Correction Statement

1. **Title**

   Correction statement about BBQ-related news reports

2. **Text**

   KBS made statements that "BBQ used company money to pay for the overseas education of CEO YOON's son, and CEO YOON's son got paid without working for BBQ U.S. headquarters" for "***KBS 9 o'clock News***" that was aired at 21:00 on November 15, 2018; "***KBS News Square***" at 06:00 on November 16, 2018; "***KBS News***" at 09:30 on the same day; and "***KBS 12 o'clock News***" at 12:00 on the same day.

   KBS also made statements that "the National Tax Service investigated the BBQ in 2012 and found that some of its money has been misappropriated for the living expenses of the CEO's family in the U.S." for "***KBS 9 o'clock News***" that was aired at 21:00 on November 16, 2018.

   However, KBS makes corrections because it is confirmed that firstly, BBQ did not use company money to pay for the overseas education of CEO YOON's son (Mr. Yoon) and CEO YOON and Mr. Yoon sent their own money to pay for the overseas education of Mr. Yoon; secondly, CEO YOON's son is diligently working for the BBQ U.S. Headquarters as pursuant to his employment contract; and thirdly, the investigation into Plaintiff Company, which was conducted by the National Tax Service in 2012, did not find at all that Company's money was misappropriated for the living expenses of CEO YOON's family in the U.S..

   EOD.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

**Plaintiff's Exhibit No. 1**

**KBS NEWS**

[Persistent K] "BBQ CEO, Used Company Money to Pay for Children's Overseas

Published at 21:01 on November 15, 2018
Revised at 10:21 on November 16, 2018
News 9



*Anchor*
Today (15th)'s first news report is about the suspicious American life of a very well-known CEO of a chicken franchise.
It was revealed that CEO HongGeun YOON who owns BBQ, a global franchise with more than 300 restaurants in 50 countries, used company money to support his children's cost of living abroad and studying in the USA.
KBS confirmed facts through persistent investigation and data verification, but BBQ, on the 9th of this month, filed a lawsuit and requested the court for temporary restraining order to restrict the broadcast. However, the court has dismissed most of these requests from BBQ.
This was reported by SeYeon Lee [Persistent K], introducing the 9 o'clock news.

*Reporter*
We received a tip last September.
A self-made man at a medium-sized company paid for his children's overseas education using his company's money.
Persistent K checks out this tip about Mr. HongGeun **YOON**, the CEO of BBQ, Korea's legendary successful chicken franchise.
We received one piece of paper.
'CEO **YOON**'s son, Mr. Yoon, monthly expenditures'
Mr. Yoon is CEO HongGeun **YOON**'s son and Ms. Yoon is CEO HongGeun **YOON**'s daughter.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

It listed monthly living cost was $17,000 and was paid from a corporate worker in U.S.A's BBQ headquarters.
The signature for approval is said to be CEO **YOON**'s signature.
Is this a credible tip?
Persistent K got access to company file and compared the signatures.

***Ms. Eun Young Kim/Signature Expert***
"High Probability of Same Signature"

***Reporter***
Met informer, the one who sent us the tip, in the U.S., the whistleblower has been responsible for Mr. Yoon in the U.S. since he has been in elementary school.

***Informer (voice distorted)***
"His grades wouldn't improve despite his continued education overseas in the U.S. But (the CEO) kept saying that his son needed to be accepted to Harvard…"

***Reporter***
He was responsible for transportation to and from private school, academics, physical health, and meals while living in the same house.

***Informer (voice distorted)***
"I talked on the phone with the CEO everyday. He asked how his son was doing, how his daughter was doing, what they ate, and what kind of exercise they did. There was rarely any company work as an employee.
"The house all the way on the left. The master bedroom was always empty and reserved for (voice distorted) and the CEO."

***Reporter***
They have lived in 5 different houses together.
The house Mr. Yoon lived in for 2 years cost $4,700 a month for rent. The rent was paid for by the company's money.
Mr. Yoon has been seen riding luxury cars since high school, including those from Benz and Audi. Upon checking, these cars were registered as corporate cars of BBQ in New Jersey.

***Neighbor from the past***
He drove a car with a New Jersey plate, but I'd only see it from time to time.

***Reporter***
The informer showed us the content of the living expenses, including pet fees, costs for amusement parks, sports games, and most shockingly, the cost of tutors.

***Informer (voice distorted)***
"Fees for tutors would cost $7,000 to $9,000 a month."

***Reporter***
In 2009, Ms. Yoon came to the U.S. as well. The informers' wife was recruited and registered as a fake employee to pay for the living expenses. The informer reported that he received wage compensation through a different Korean account.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

*Informer (voice distorted)*
"It's illegal and immoral. I was aware of this, but I had to choose this path because I had to survive as well.

*Reporter*
Over 1 million dollars of the company's money has been spent over the past 8 years.
It's now time to find Mr. Yoon himself.
We went to the last house he was told to have resided in Boston

*Current Resident*
"(Does Yoon (voice distorted) live in Room 201?) No, I am currently living in 201. It's been over a year and half since I've moved here."

*Reporter*
Mr. Yoon posted on his Facebook that he was enrolled at Harvard University, so we went to visit the university.
Upon further investigation, the school Mr. Yoon was enrolled in was the Harvard Extension school.
This school does not provide student visas to their students.

*Harvard School Staff*
"(You don't sponsor F-1 visas, the student visas?) No. Not during the academic year"

*Reporter*
How is the Mr. Yoon residing in the U.S. without a student visa?
This is the file Persistent K was able to find about Mr. Yoon's visa.
He applied for a business E2 Visa by registering himself as a full-time director for BBQ U.S.A with a salary of $60,000.
The company requested for this visa claiming that Mr. Yoon, who had just graduated from high school, was a necessary employee for the company

*Informer (voice distorted)*
I saw him getting paid for 3-4 months by the time I had quit my job.

*Reporter*
Is Mr. Yoon working?
We went to the headquarters of BBQ U.S.A in New Jersey early in the morning.
"They're walking in through an unlocked door?"
Mr. Yoon was nowhere to be seen despite other employees going to work.

*U.S. Headquarters Employee*
"He goes to Boston and takes care of management, but on a flexible schedule."

*Reporter*
Will we be able to meet the son at the one of the franchise shops?
The BBQ franchise in Boston opened in 2016, 2 months before Mr. Yoon began studying at Harvard.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

*Employee (voice distorted)*
"(Are all of the employees here Korean?) Yes."
"(SeYeon, what time is it?) 4:39"

*Reporter*
We were unable to see Mr. Yoon despite waiting for hours.

*Employee (voice distorted)*
"(Do you think you can tell us when he came to the store?) I'm not sure. I haven't seen him. I'm not sure who he is… (You don't know Yoon?) Yes. I've heard about him though…"

*Reporter*
We went to the store again the next day.

*Employee (Voice distorted)*
"(Hello. Is Yoon there?) He's not here. (He doesn't work there?) No, he doesn't."

*Reporter*
Even the employees do not know of Mr. Yoon's whereabouts.
All we were able to obtain is his phone number.

*[ Phone call ]*
*CEO HongGeun YOON's Son (Voice distorted)*
"Hello"
"(Is this Yoon?) Yes."
"(We continued to visit the Boston branch, but we saw that you haven't been going into work.) I'm not going to work? This is ridiculous. I have been going to work."
"(You're in Boston, right?) Yes, I'm in Boston."
"(Why are you in Boston when you received a visa as an employee in New Jersey?) I will clearly explain this to you later."

*Reporter*
BBQ gave an explanation to Persistent K's investigation. CEO **YOON** and Mr. Yoon provided bank records showing transactions and wires for the costs of his children's overseas education to informer's Citibank account. Also, the company explained that some of the employees may not know Mr. Yoon and revealed that other employees who said they don't know Mr. Yoon were following company protocol. Also, the company said that Mr. Yoon can work remotely without compromising his responsibilities and affecting the company.
Is this the truth?
We asked CEO **YOON** himself.

"Hello, CEO **YOON**. My name is SeYeon Lee and I am a reporter for KBS. I want to ask about your son and whether you hired an employee to pay for your children's overseas education with money from your company? CEO **YOON**, please answer me."

Is the explanation given by BBQ true?
We will continue to reveal more details.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

This was reporter SeYeon Lee of Persistent K.



SeYeon Lee Reporter say@kbs.co.kr

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

**Plaintiff's Exhibit No. 2**

**KBS NEWS**

"Suspicious American life of BBQ CEO **YOON**'s son"

Published at 07:10 on November 16, 2018
Revised at 07:56 on November 16, 2018
News Square



*Anchor*
It was revealed that CEO HongGeun YOON who owns a global franchise BBQ used company money to support his children's cost of living abroad and studying in the USA.

BBQ, on the 9th of this month, filed a lawsuit and requested the court for temporary restraining order to restrict the broadcast. However, the court has dismissed most of these requests from BBQ.

This was reported by SeYeon Lee

*Reporter*
We received one piece of paper.
'CEO **YOON**'s son, Mr. Yoon, monthly expenditures'
Mr. Yoon is CEO HongGeun **YOON**'s son and Ms. Yoon is CEO HongGeun **YOON**'s daughter.
It listed monthly living cost was $17,000 and was paid from a corporate worker in U.S.A's BBQ headquarters.
The signature for approval is said to be CEO **YOON**'s signature.

The whistleblower has been responsible for Mr. Yoon in the U.S. since he has been in elementary school.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

### Informer (voice distorted)
"I talked on the phone with the CEO everyday. He asked how his son was doing, how his daughter was doing, what they ate, and what kind of exercise they did. There was rarely any company work as an employee.

### Reporter
Over 1 million dollars of the company's money has been spent over the past 8 years.
Mr. Yoon posted on his Facebook that he was enrolled at Harvard University, so we went to visit the university.
Upon further investigation, the school Mr. Yoon was enrolled in was the Harvard Extension school.


### Harvard School Staff
"(You don't sponsor F-1 visas, the student visas?) No. Not during the academic year"

### Reporter
How is the Mr. Yoon residing in the U.S. without a student visa?
This is the file Persistent K was able to find about Mr. Yoon's visa.
He applied for a business E2 Visa by registering himself as a full-time director for BBQ U.S.A with a salary of $60,000.
Is Mr. Yoon working?

### U.S. Headquarters Employee
"He goes to Boston and takes care of management, but on a flexible schedule."

### Reporter
The BBQ franchise in Boston opened in 2016, 2 months before Mr. Yoon began studying at Harvard.

Undercover Investigation Begins
We were unable to see Mr. Yoon despite waiting for hours.
BBQ gave an explanation that CEO **YOON** and Mr. Yoon provided bank records showing transactions and wires for the costs of his children's overseas education to informer's Citibank account. Also, the company said that Mr. Yoon can work remotely without compromising his responsibilities and affecting the company.
We asked CEO **YOON** himself.

["Hello, CEO **YOON**. I want to ask about your son) …… (whether you hired an employee to pay for your children's overseas education with money from your company? CEO **YOON**, please answer me).")]

Is the explanation given by BBQ true?
We will continue to reveal more details.
This was reporter SeYeon Lee of KBS News.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**



SeYeon Lee Reporter say@kbs.co.kr

Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.

**Plaintiff's Exhibit No. 3**

**KBS NEWS**

"Suspicious American life of BBQ CEO **YOON**'s son"

Published at 09:40 on November 16, 2018
Revised at 10:13 on November 16, 2018
930 News



*Anchor*
It was revealed that CEO HongGeun YOON who owns a global franchise BBQ used company money to support his children's cost of living abroad and studying in the USA.

BBQ, on the 9th of this month, filed a lawsuit and requested the court for temporary restraining order to restrict the broadcast. However, the court has dismissed most of these requests from BBQ.

This was reported by SeYeon Lee

*Reporter*
We received one piece of paper.
'CEO **YOON**'s son, Mr. Yoon, monthly expenditures'
Mr. Yoon is CEO HongGeun **YOON**'s son and Ms. Yoon is CEO HongGeun **YOON**'s daughter.
It listed monthly living cost was $17,000 and was paid from a corporate worker in U.S.A's BBQ headquarters.
The signature for approval is said to be CEO **YOON**'s signature.

The whistleblower has been responsible for Mr. Yoon in the U.S. since he has been in elementary school.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

*Informer (voice distorted)*
"I talked on the phone with the CEO everyday. He asked how his son was doing, how his daughter was doing, what they ate, and what kind of exercise they did. There was rarely any company work as an employee.

*Reporter*
Over 1 million dollars of the company's money has been spent over the past 8 years.
Mr. Yoon posted on his Facebook that he was enrolled at Harvard University, so we went to visit the university.
Upon further investigation, the school Mr. Yoon was enrolled in was the Harvard Extension school.

*Harvard School Staff*
"(You don't sponsor F-1 visas, the student visas?) No. Not during the academic year"

*Reporter*
How is the Mr. Yoon residing in the U.S. without a student visa?
This is the file Persistent K was able to find about Mr. Yoon's visa.
He applied for a business E2 Visa by registering himself as a full-time director for BBQ U.S.A with a salary of $60,000.
Is Mr. Yoon working?

*U.S. Headquarters Employee*
"He goes to Boston and takes care of management, but on a flexible schedule."

*Reporter*
The BBQ franchise in Boston opened in 2016, 2 months before Mr. Yoon began studying at Harvard.

Undercover Investigation Begins
We were unable to see Mr. Yoon despite waiting for hours.
BBQ gave an explanation that CEO **YOON** and Mr. Yoon provided bank records showing transactions and wires for the costs of his children's overseas education to informer's Citibank account. Also, the company said that Mr. Yoon can work remotely without compromising his responsibilities and affecting the company.
We asked CEO **YOON** himself.

["(Hello, CEO **YOON**. I want to ask about your son) …… (whether you hired an employee to pay for your children's overseas education with money from your company? CEO **YOON**, please answer me)."]

Is the explanation given by BBQ true?
We will continue to reveal more details.
This was reporter SeYeon Lee of KBS News.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**



SeYeon Lee Reporter say@kbs.co.kr

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

**Plaintiff's Exhibit No. 4**

**KBS NEWS**

"Suspicious American life of BBQ CEO **YOON**'s son"

Published at 12:24 on November 16, 2018
Revised at 12:36 on November 16, 2018
News 12



*Anchor*
It was revealed that CEO HongGeun YOON who owns a global franchise BBQ used company money to support his children's cost of living abroad and studying in the USA.

BBQ, on the 9th of this month, filed a lawsuit and requested the court for temporary restraining order to restrict the broadcast. However, the court has dismissed most of these requests from BBQ.

This was reported by SeYeon Lee

*Reporter*
We received one piece of paper.
'CEO **YOON**'s son, Mr. Yoon, monthly expenditures'
Mr. Yoon is CEO HongGeun **YOON**'s son and Ms. Yoon is CEO HongGeun **YOON**'s daughter.
It listed monthly living cost was $17,000 and was paid from a corporate worker in U.S.A's BBQ headquarters.
The signature for approval is said to be CEO **YOON**'s signature.

The whistleblower has been responsible for Mr. Yoon in the U.S. since he has been in elementary school.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

### Informer (voice distorted)

"I talked on the phone with the CEO everyday. He asked how his son was doing, how his daughter was doing, what they ate, and what kind of exercise they did. There was rarely any company work as an employee.

### Reporter

Over 1 million dollars of the company's money has been spent over the past 8 years.

Mr. Yoon posted on his Facebook that he was enrolled at Harvard University, so we went to visit the university.

Upon further investigation, the school Mr. Yoon was enrolled in was the Harvard Extension school.

### Harvard School Staff

"(You don't sponsor F-1 visas, the student visas?) No. Not during the academic year"

### Reporter

How is the Mr. Yoon residing in the U.S. without a student visa?

This is the file Persistent K was able to find about Mr. Yoon's visa.

He applied for a business E2 Visa by registering himself as a full-time director for BBQ U.S.A with a salary of $60,000.

Is Mr. Yoon working?

### U.S. Headquarters Employee

"He goes to Boston and takes care of management, but on a flexible schedule."

### Reporter

The BBQ franchise in Boston opened in 2016, 2 months before Mr. Yoon began studying at Harvard.

Undercover Investigation Begins

We were unable to see Mr. Yoon despite waiting for hours.

BBQ gave an explanation that CEO **YOON** and Mr. Yoon provided bank records showing transactions and wires for the costs of his children's overseas education to informer's Citibank account. Also, the company said that Mr. Yoon can work remotely without compromising his responsibilities and affecting the company.

We asked CEO **YOON** himself.

["(Hello, CEO **YOON**. I want to ask about your son) …… (whether you hired an employee to pay for your children's overseas education with money from your company? CEO **YOON**, please answer me).")

Is the explanation given by BBQ true?

We will continue to reveal more details.

This was reporter SeYeon Lee of KBS News.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**



SeYeon Lee Reporter say@kbs.co.kr

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

**Plaintiff's Exhibit No. 5**

**KBS NEWS**

[Persistent K] "BBQ Sent UDS 3,000" and Checking-out BBQ's Explanation

Published at 21:15 on November 16, 2018
Revised at 22:15 on November 16, 2018
News 9

---

The National Tax Service also confirmed the misappropriation

□ Jr. Chairman (Mr. Yoon)

- Housing rent: USD 2,000
- Tutoring: USD 1,500 ~ 2,000 (Later finally…)
- Personal allowance: USD 100
- Stationery and sporting goods for Jr. Chairman
- Food expenses: USD 1,500
- Utility (electricity, gas): USD 500
- Internet + TV dues: USD 200

---

*Reporter*

KBS revealed suspicious American life of BBQ CEO's children yesterday on November 15.

KBS also reported claims from BBQ which denies all the suspicions.

Today November 16, Persistent K checks out whether BBQ has valid claims.

'Statement of Monthly Expense Estimate for Mr. Yoon and Ms. Yoon'

This statement shows that the monthly cost of the overseas education of CEO YOON's children was processed as a corporate employee's salary.

BBQ argues that this is an informal and fake document.

Just as they've admitted it themselves, it's an informal document.

This is because this is an illegal document that was planned by CEO YOON and our informer who sent us the tip.

CEO YOON who signed off the expenses.

His directions and instructions are all written down in this document which was executed starting February or March, including the instruction on treatment of the expenses as company expenses.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

*Informer (voice distorted)*

"There isn't any other [form of documentation]. We talked on the phone every day and there was no need for him to send messages to me…"

*Reporter*

CEO YOON states that he paid his son's overseas education using his own money.

He even gave proof of this.

There are documents stating that CEO YOON sent money regularly to the informer's Citibank account every month. The informer also acknowledges that he received the money. However, the informer states that these were additional costs.

*Informer (voice distorted)*

"The additional costs [and living expenses] were sent by the CEO or by the son…"

*Reporter*

In May 2010, a daily report written by the informer. It included information about Mr. Yoon's meals, tutoring sessions, and his exercise routines.

The report stated that along with purchasing daily processing and tutoring, more funds were necessary.

A few days later, money was transferred into the informer's bank account.

*Informer (voice distorted)*

"The company's accountant once gave me a check and deposited it for me…"

*Reporter*

In 2012, the National Tax Service investigated BBQ and found that some of its money had been misappropriated for the CEO's family's living expenses in the U.S.

Persistent K checked out BBQ's disclosure materials.

BBQ U.S. headquarters, which opened in 2009, has made the disclosure since 2012.

The company failed to make profits, facing net losses accumulated each year and seeing its capital impaired so, it has to increase its capital in a large scale.

*Mr. SunSeob Jung, Chaebul.Com CEO*

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

"Keeping on funding the company by increasing its capital means that the accounting is not transparent, and the funds are being abnormally used."

*Reporter*

But BBQ has argued that the branch is doing very well and Mr. Yoon is dedicated to his work.

*Employee of U.S. branch (voice distorted)*

"You don't know Yoon?" "I don't know who he is because I haven't seen him. I am not sure exactly who…"

*Reporter*

BBQ explained that the local employees in America said they didn't know Mr. Yoon because they were following company protocol. However, when the investigation team went to the branch, they didn't reveal their identities. The headquarters and the BBQ branch were also unaware of their investigation. BBQ also said that Mr. Yoon's work could be done remotely, without physically going to work.

*An American corporate officer (voice distorted)*

"Due to the flexible working system, one week you can work this way, and the other week you can work another way…"

*Reporter*

Receiving business E-2 Visa, Mr. Yoon reported to the immigration office that he is in the capacity of a full-time director, so if he does not work for a minimum of 40 hours a week, he runs the risk of violating the Immigration Law.

*Ms. MoonKyung Jo, American lawyer*

"Recipients of the visa are those who are essential to management and/or business of the company. For example, if it is an IT company, that person needs to have the expertise in a very important skill."

*Reporter*

Persistent K was able to retrieve messages between the informer and Mr. Yoon.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

Mr. Yoon didn't know what the USD 3,000 that was wired to him was for.

When the informer replied that it was for his living expenses, Mr. Yoon asked why it was so early and requested that it be wired on the 25th.

The messages were sent in September 2016. This is when Mr. Yoon received his E-2 Visa saying that he is an essential employee of BBQ U.S., and was reported to have begun working for BBQ U.S. as a full-time director.

This was reporter SeYeon Lee of Persistent K.



SeYeon Lee Reporter say@kbs.co.kr

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

**Plaintiff's Exhibit No. 6**

**KBS NEWS**

[News reports with closed captioning] "BBQ Sent UDS 3,000" and Checking-out BBQ's Explanation

Published at 22:39 on November 16, 2018
News reports with closed captioning

| |
|---|
| 'CEO YOON's children living in the U.S.' |
| Checking-out BBQ's Explanation |

'Statement of Monthly Expense Estimate for Mr. Yoon and Ms. Yoon'

This statement shows that the monthly cost of the overseas education of CEO YOON's children was processed as a corporate employee's salary.

BBQ argues that this is an informal and fake document.

As they've admitted it themselves, it's an informal document.

This is because this is an illegal document that was planned by CEO YOON and our informer who sent us the tip.

CEO YOON who signed off the expenses.

His directions and instructions are all written down in this document which was executed in February or March, including the instruction on treatment of the expenses as company expenses.

CEO YOON states that he paid his son's overseas education using his own money.

He even gave proof of this.

There are documents stating that CEO YOON sent money regularly to the informer's Citibank account every month. The informer also acknowledges that he received the money. However, the informer states that these were additional costs.


In May 2010, a daily report written by the informer. It included information about Mr. Yoon's meals, tutoring sessions, and his exercises routines.

The report stated that along with purchasing daily processing and tutoring, more funds were necessary.

A few days later, money was transferred into the informer's bank account.


In 2012, the National Tax Service investigated BBQ and found that some of its money had

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

been misappropriated for the CEO's family's living expenses in the U.S.

Persistent K checked out BBQ's disclosed materials.

BBQ U.S. headquarters, which opened in 2009, has made the disclosure since 2012.

The company failed to make profits, facing net losses accumulated each year and seeing it capital impaired so, it had to increase its capital in a large scale.

But BBQ has argued that the branch is doing very well and Mr. Yoon is dedicated to his work. BBQ explained that the local employees in America said they didn't know Mr. Yoon because they were following the company protocol. However, when the investigation team went to the branch, they didn't reveal their identities. The headquarters and the BBQ branch were also unaware of their investigation. BBQ also said that Mr. Yoon's work could be done remotely, without physically going to work.

Receiving business E-2 Visa, Mr. Yoon reported to the immigration office that he is in the capacity of a full-time director, so if he does not work for a minimum of 40 hours a week, he runs the risk of violating the Immigration Law.

Persistent K was able to retrieve messages between the informer and Mr. Yoon.

Mr. Yoon didn't know what the USD 3,000 that BBQ wired to him was for.

When the informer replied that it was for his living expenses, Mr. Yoon asked why it was so early and requested that it be wired on the 25th.

The messages were sent in September 2016. This is when Mr. Yoon received his E-2 Visa saying that he is an essential employee of BBQ U.S. and was reported to have begun working for BBQ U.S. as a full-time director.

This was reporter SeYeon Lee of Persistent K.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**



SeYeon Lee Reporter say@kbs.co.kr

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

**Plaintiff's Exhibit No. 7**

# Seoul Southern District Court
## 51ˢᵗ Civil Division

# DECISION

Case    2018KaHap20527 Preliminary Injunction for Prohibition of Broadcast

Creditors

   1. GENESIS BBQ

     64 Jungdae-ro, Songpa-gu, Seoul (Munjeong-dong)

     Co-representative Directors: GyeongJoo Yoon and HakJong Yoon

   2. HongGeun Yoon

   3. HyeWoong Yoon

     Address of Creditors 2 and 3: 49 Seolgae-ro, Sujeong-gu, Seongnam-si, (Siheung-dong)

     Counsel for Creditors

     SHIN & KIM

     Attorneys-at-law: SangHyeok Im, JaeSeop Song, SeHee Bang, SangYoon Lee

Debtor

     Korean Broadcasting System

     13 Yeoigongwon-ro, Youngdeungdo-gu, Seoul (Yeoido-dong)

     President & CEO: SeungDong Yang

     Counsel for Debtor: Attorney-at-law JaeEun Shin

## Order

1. The Debtor shall not broadcast any program specified in the List of Quotations in Appendix 1 through its programs, such as "*KBS 9 o'clock News*" which is broadcast at 21:00 every day, and shall not re-broadcast, advertise, sell any broadcast program dealing with such contents, or post it on any website, etc.
2. If the Debtor fails to comply with the order specified in Paragraph 1, the Debtor shall pay each Creditor KRW 20,000,000 per violation.

Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.

3. Each of the other requests filed by the Creditors shall be dismissed.
4. Three-quarters (3/4) of the litigation costs shall be borne by the Creditors, and the rest of the costs, by the Debtor.

## TENOR OF REQUEST

(1) The Debtor shall not broadcast, re-broadcast, advertise, or sell any program including the contents specified in the List of Requests in Appendix 2 through its programs, such as "KBS News" which is broadcast at 21:00 every day (hereinafter referred to as "Broadcast of this Case), or post it on any website, etc.

(2) If the Debtor fails to comply with the order specified in Paragraph 1, the Debtor shall pay each Creditor KRW 1 billion per violation.

## GROUNDS

1. **Parts with respect to which the Creditors' request has been partially accepted**

A. Regarding the part "used huge amount of company money to support his children's overseas education" in □ the opening statement in Paragraph 1 of the List of Requests in Appendix 2; the part from "sketch of the details of BBQ CEO YOON's children's overseas education expenses" to "confirmation of a contract for the luxury car his son has been riding. In the name of the BBQ U.S. Headquarters" in □ the reporter's statement in Paragraph 1 in Appendix 2; and the part "Creditor HyeWoong Yoon has been studying abroad since 2008, and a person working for the BBQ U.S. Headquarters (BBDOTQ U.S.) at that time took care of Creditor HyeWoong Yoon and GENESIS BBQ, the Creditor Company, has paid HyeWoong Yoon's overseas education expenses to the said person working at the BBQ U.S. Headquarters (BBDOTQ U.S.). Likewise, GENESIS BBQ, the Creditor Company, or the BBQ U.S. Headquarters (BBDOTQ U.S.) has illegally raised funds for Creditor HyeWoong Yoon's overseas education" in Paragraph 3 in Appendix 2,

1) The following facts are substantiated based on the records of this Case and the purport of the overall hearing.

a) Because a considerable part of the suspicions the Debtor raises about the aforementioned parts in Paragraphs 1 and 2 of the List of Requests in Appendix 2 are mainly based on the informer's statement, the credibility of the informer's statement and materials the informer has submitted have significant effects on a judgment on

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

the authenticity of the suspicions. Having worked for BBDOTQ U.S. (BBDOTQ; hereinafter referred to as the "BBQ U.S. Headquarters") and helped HyeWoong Yoon study abroad, the informer seems to be in a position to know well about the sources, etc. of Creditor HyeWoong Yoon's overseas education expenses. Also, there is CEO YOON's approval signature on 'expected monthly expenditures for Mr. Yoon and Ms. Yoon, who are CEO YOON's son and daughter (Debtor's Exhibit No. 1),' and there are explanatory materials that appear to have been signed by Creditor HongGeun Yoon (See Debtor's Exhibit No. 2 Appraisal Report), such as '1. Report by department chief OOO US$ 10,000 (6,000), US$ 7,000 (4,000) in handwriting, 'implemented, starting from February and March (signature)', 'OK', and 'company expenses.' In addition, money (PPD ID: 2943345425) deposited in a JPMorgan Chase bank account in the informer's name seems to have been paid by the BBQ U.S. Headquarters.

b) However, according to materials submitted by the Creditors (details of each bank record showing transactions and wires in Creditors' Exhibits No. 18 through 29, Exhibits No. 40 through 43, and Exhibit No. 54), money of about US$ 4,000 to 10,000 has been regularly remitted from an account in the name of Creditors HongGeun Yoon and HyeWoong Yoon to the informer's Citibank account each month from around January 2011 to around June 2016. Since July 2016, money of over US$ 10,000 has been regularly remitted from an account in the name of Creditor HyeWoong Yoon to another account of Creditor HyeWoong Yoon each month. In addition, it is confirmed that Creditor HyeWoong Yoon's school expenses have been directly remitted to the school account.

c) Furthermore, considering how and when the Debtor interviewed the Creditors, the details of questions and answers, and the fact that the Creditors were not well aware of the contents of the broadcast until they requested the preliminary injunction, it seems that the Debtor visited the Creditors at its will to cover the case or the Creditors who came to know about the broadcast afterwards visited the Debtor. Moreover, while informing the Creditors of the suspicions raised based on the informer's argument, it is hardly deemed that the Debtor gave the Creditors a chance to explain the circumstances or state their opinions. For this reason, there is probability that the Debtor did not fully understand the sources of the fund for overseas education including school expenses which were regularly remitted overseas

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

from an account in the name of HongGeun Yoon and HyeWoong Yoon to the informer's Citibank account, etc. since the account was submitted by the Creditors after having requested the preliminary injunction.

d) On the other hand, unless under any special circumstances, such as where the money regularly remitted from the account in the name of HongGeun Yoon and HyeWoong Yoon to the informer's Citibank account was not used for Creditor HyeWoong Yoon's overseas education and instead hidden and used for other purposes and thus, the money the BBQ U.S. Headquarters paid to the informer as the informer's salary was used as Creditor HyeWoong Yoon's overseas education expenses, or where money remitted as above is not enough to pay for Creditor HyeWoong Yoon's overseas education and thus, even the money the BBQ U.S. Headquarters paid to the informer as the informer's salary was mostly used as Creditor HyeWoong Yoon's overseas education expenses, the money remitted abroad from the account in the name of HongGeun Yoon and HyeWoong Yoon to the informer's Citibank account, etc. seems to have been used as Creditor HyeWoong Yoon's overseas education expenses. In addition, no specific or objective evidence has been submitted which supports the use of money withdrawn from the JPMorgan Chase bank account in the informer's name as Creditor HyeWoong Yoon's overseas education expenses.

2) The following circumstances are found from the substantiated facts stated above: ① The sources of a considerable amount of overseas education expenses, including money regularly remitted to the informer's US Citibank account each month, have been verified based on objective evidential materials; ② On the other hand, no materials explaining where the money withdrawn from the informer's JPMorgan Chase bank account was used have been sufficiently verified or submitted, except for the informer's statement, although the informer seems to have stated that Creditor HyeWoong Yoon's overseas education expenses came from such bank account. Considering the foregoing, it is highly likely that unless under otherwise extenuating circumstances, at least the portion equivalent to the amount of money Creditors HongGeun Yoon and HyeWoong Yoon regularly remitted to the informer's US Citibank account each month, out of the sources of Creditor HyeWoong Yoon's overseas education expenses which are revealed in 'expected monthly expenditures for Mr. Yoon and Ms. Yoon (Debtor's Exhibit No. 1),' was covered by the money of Creditors HongGeun Yoon and HyeWoong Yoon, not by that of the Creditor

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

GENESIS BBQ, (hereinafter referred to as "Creditor Company"), or the BBQ U.S. Headquarters, as the Creditors argue.

3) If, without mentioning that overseas education expenses covered by Creditors HongGeun Yoon and HyeWoong Yoon's money have been verified based on objective evidentiary materials, the Debtor broadcasts the contents of the Broadcast of this Case as they are, raising the suspicion that money of the Creditor Company or the BBQ U.S. Headquarters was used to pay for Creditor HyeWoong Yoon's overseas education, as stated in the part "used huge amount of company money to support his children's overseas education" in □ the opening statement in Paragraph 1 of the List of Requests in Appendix 2; the part from "sketch of the details of BBQ CEO YOON's children's overseas education expenses" to "confirmation of a contract for the luxury car his son has been riding; and the part "Creditor HyeWoong Yoon has been studying abroad since 2008, and a person working for the BBQ U.S. Headquarters at that time took care of Creditor HyeWoong Yoon and the Creditor Company has paid HyeWoong Yoon's overseas education expenses to the said person working at the BBQ U.S. Headquarters. Like this, the Creditor Company or the BBQ U.S. Headquarters has illegally raised funds for Creditor HyeWoong Yoon's overseas education" in Paragraph 3 in Appendix 2, then the Creditors are likely to eventually suffer damage to their honor and credit that cannot be easily recovered. Hence, the right to be protected and the need for such protection are substantiated for the part seeking for prohibition of broadcast, etc. of the contents specified in the List of Quotations in Appendix 1, in relation to each of the aforementioned broadcast contents, among requests filed by the Creditors.

B. Regarding the request for indirect compulsory request

Notwithstanding the decision on the preliminary injunction, the probability that the Debtor may violate the order issued under Paragraph 1 of the Order cannot be ruled out. Therefore, to guarantee the effectiveness of the decision on the preliminary injunction, an order for indirect compulsory performance shall be issued, and the amount of indirect compulsory performance shall be determined as specified in Paragraph 2 of the Order, in consideration of various circumstances identified in the records of this Case and the purport of the overall examination, such as circumstances

Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.

that led the Creditors to file a request for preliminary injunction, the Debtor's attitudes, and the possibility of violations.

## 2. Parts with respect to which the Creditors' request has not been accepted

A. Regarding the part "Creditor HyeWoong Yoon unfairly received an investment in the process of acquiring E2 visa in New Jersey, the U.S.A. around 2016" in Paragraph 2 of the List of Requests in Appendix 2,

According to the broadcast script submitted by the Debtor (See the preparatory document dated November 14, 2018 and Paragraph 1 of the List of Requests in Appendix 2), the content that Creditor HyeWoong Yoon unfairly received an investment in the process of acquiring E2 visa in New Jersey, the U.S.A. around 2016 does not fall under the contents the Debtor intends to broadcast through the Broadcast of this Case. Therefore, because the right to preservative measures and the need for preservation are not substantiated for the Creditors' request for prohibition of broadcast, etc. of such part, their request shall not be accepted.

B. Regarding the remaining part of the List of Requests in Appendix 2; the part "Creditor HyeWoong Yoon explained his position and duties as a 'full-time director' while applying for E2 visa, but he did not actually work at the BBQ U.S. Headquarters. Even if he did, he stayed in locations outside New Jersey, such as Boston and Manhattan, which constitutes a violation of the Immigration Law. So, he violated immigration law" in Paragraph 2 of the List of Requests in Appendix 2; and the part "Creditor HyeWoong Yoon received about US$6,000 from the BBQ U.S. Headquarters each month from August 1, 2016 to July 31, 2017, and this was actually paid for overseas education" in Paragraph 3 in Appendix 2,

Considering diverse circumstances found in the records of this Case and the purport of the overall examination, such as the Debtor's purpose and contents of the Broadcast of this Case, the manner in which the broadcast is prepared, contents of suspicions raised by the Debtor, the contents and extent of evidentiary materials the Debtor has collected on its own, Creditor HyeWoong Yoon's academic background,

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

career, capacity and major, the post and degree of the pay for which Creditor HyeWoong Yoon concluded a labor contract with the BBQ U.S. Headquarters, and the physical distance from the location of the BBQ U.S. Headquarters to the location of the school Creditor HyeWoong Yoon  is attending, the remaining part of Paragraph 1 of the List of Requests in Appendix 2; the part "Creditor HyeWoong Yoon explained his position and duties as a 'full-time director' while applying for E2 visa, but he did not actually work in the BBQ U.S. Headquarters. Even if he did, he stayed in locations outside New Jersey, such as Boston and Manhattan, which constitutes a violation of the Immigration Law (including the meaning that he may have violated the immigration law)" in Paragraph 2 of the List of Requests in Appendix 2; and the part "Creditor HyeWoong Yoon received about US$6,000 from the BBQ U.S. Headquarters each month from August 1, 2016 to July 31, 2017, and this was actually paid for overseas education" in Paragraph 3 in Appendix 2, in the Broadcast of this Case, seem to be within the scope of reasonable suspicions to be raised with substantial grounds, when only the materials the Creditors have submitted are examined. Moreover, it is hard to regard the contents expressed as false or to view the purpose of the contents, which are related to the public interests, as not exclusively for the public interests. For such reasons, the Creditors' request for prohibition of broadcast, etc. of these parts shall not be accepted because the right to preservative measures has not been fully substantiated.

### 3.  Conclusion

The Court decides as set forth in the Order hereof, accepting the Creditors' requests within the aforementioned scope of recognition as they have grounds and dismissing each of the other requests as it is without merit.

November 15, 2018

President Judge

Judge   DoHyeong Kim

Judge   KangMin Park

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

Judge    SeungJun Paek

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

Appendix 1

List of Quotations

Broadcasting the part "used huge amount of company money to support his children's overseas education in □ the opening statement in Paragraph 1 of the List of Requests in Appendix 2 and the part from "sketch of the details of BBQ CEO YOON's children's overseas education expenses" to "confirmation of a contract for the luxury car his son has been riding. In the name of the BBQ U.S. Headquarters" in □ the reporter's statement in Paragraph 1 in Appendix 2; or broadcasting the statement that "Creditor HyeWoong Yoon has been studying abroad since 2008, and a person working for the BBQ U.S. Headquarters at that time took care of Creditor HyeWoong Yoon and the Creditor Company has paid HyeWoong Yoon's overseas education expenses to the said person working at the BBQ U.S. Headquarters. Like this, the Creditor Company or the BBQ U.S. Headquarters has illegally raised funds for Creditor HyeWoong Yoon's overseas education," without introducing or reflecting the following position or explanation of the Creditors:

○ **The Creditors' position, etc. that need to be reflected in connection with the suspicion that money of the Creditor Company or the BBQ U.S. Headquarters was used to pay for Creditor HyeWoong Yoon's overseas education**

(a) Presenting bank records, etc. showing transactions and wires, the Creditors explain that Creditors HongGeun Yoon and HyeWoong Yoon paid for Creditor HyeWoong Yoon's overseas education by regularly remitting money to the informer's Citibank account each month.

(b) Some of the objective materials, including bank records, etc. showing transactions and wires the Creditors have presented as explanatory materials, are introduced along with the contents of the explanation provided by the Creditors in Paragraph (a) above.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

Appendix 2

<div align="center">List of Requests</div>

1. The content of the broadcasting script (temporarily) titled, "Suspicious American life of BBQ CEO's Children" submitted by the Debtor as below.

   ☐ Opening Remarks
   We received a tip last September.
   A self-made man at a medium-sized company paid for his children's overseas education using his company's money.
   Persistent K checks out this tip about Mr. HongGeun YOON, the CEO of BBQ, Korea's legendary successful chicken franchise…

   ☐ Reporter's Report
   Sketch of the details of BBQ CEO YOON's children's overseas education expenses…
   It listed monthly living cost was $17,000, which is equivalent to KRW 20 million.
   It says that the money was paid from a corporate worker in U.S BBQ headquarters.
   The signature which is said to be CEO YOON's signature was analyzed by comparing it with his signature on other document.

   <Interview with the Signature Expert>
   "High Probability of Same Signature…"


   The reporter flew to the U.S. to meet the informer.
   Met the informer, who has been responsible for Mr. Yoon in the U.S. since he has been in elementary school.
   Visited the house where the informer has lived with the son of CEO YOON for two years… The rent was KRW 5.5 per month.
   Confirmed the agreement of the luxury cars he has been riding.
   It is registered as corporate cars of BBQ in New Jersey.

   <Interview with the Informer>
   "It's illegal and immoral. I was aware of this, but I had to choose this path because I had to survive as well.


   Contact Harvard University where he is said to get admitted to.
   It is not an undergraduate school but the Harvard Extension school which is equivalent to a life-long education center. The school does not provide student visas.

   <Interview with Harvard School Staff>
   "You don't sponsor F-1 visas, the student visas?"
   "No. Not during the academic year"


   Sketch of visa documents of Mr. Yoon

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

He applied for a business E2 Visa
A full-time director for BBQ U.S.A with a salary of $60,000.
The company requested for this visa claiming that Mr. Yoon was a necessary employee for the company.
WE went to the headquarters of BBQ U.S.A in New Jersey where he is registered as a full-time director.

< Tape-recording of U.S. Headquarters Employee>
"How many employees are there? Are there many expats?"
"One expat." "The others are local employees."

In the middle of the reporting in the U.S., BBQ staff visited KBS in Seoul to repute the report.

<Tape-recording of BBQ Employee>

"Manager of the store directly operated by the company, chef.
I am in charge of the management of the store."

<Interview with a Lawyer Specialized in Immigration in the U.S.>
"If the company is located in New Jersey and an employee is living in Boston, five hours away by drive, it sounds weird. There is possibility of violation of the Immigration Law.

Reported the Boston Store to make a confirmation.
The store opened on July 7, 2016 (two months before Mr. Yoon was admitted to the Harvard Extension school).
We waited for half a day and then came back the next day, with no avail. We couldn't find him around.
Called him on the phone for a confirmation.

"I am a reporter of KBS. You don't come to work. Why are you staying in Boston when you received your visa as an employee in New Jersey?"
"Let me give you the answer properly later time."

BBQ's Explanation…
1. CEO YOON or his son pays for the school, living and other expenses incurred by his living and studying abroad
2. Some of the employees of the store may not know Mr. Yoon because of the nature of his work.
3. Other employees who said they don't know Mr. Yoon were following company protocol.
4. Mr. Yoon can work remotely without compromising his responsibilities and affecting the company.
5. It is deemed that he is faithfully performing his job as the store is making good profits.

In order to give the right to refute to CEO YOON, we tried to have an interview with him on his way to work in the morning of November 7.

"Let me ask a question about your son?"

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

"…"
"Did you pay for his living and school with the company money? Answer me, please."
He seems running away, pushing the camera away.

Closing.

2. Creditor, HyeWoong Yoon acquired E2 visa in New Jersey, the U.S., around 2016, receiving investment in an unlawful manner during the course. Creditor, HyeWoong Yoon applied for the visa, explaining that he is in the capacity of a full-time director. But he didn't work at the U.S. corporation of BBQ and even if he did, he stayed in locations outside New Jersey, such as Boston and Manhattan, which constitutes a violation of the Immigration Law.

3. Creditor, HyeWoong Yoon was paid approximately USD 6,000 every month by the U.S. corporation of BBQ from August 1, 2016 to July 31, 2017 which in fact seems to have been used to pay for his living and school expenses.   Creditor HyeWoong Yoon has been studying abroad since 2008, and a person working for the BBQ U.S. Headquarters (BBDOTQ U.S.) at that time took care of Creditor HyeWoong Yoon and the Creditor Company, has paid HyeWoong Yoon's overseas education expenses through the said person working at the BBQ U.S. Headquarters (BBDOTQ U.S.). Likewise, the Creditor Company or the BBQ U.S. Headquarters has illegally raised funds for Creditor HyeWoong Yoon's overseas education

EOD.

**Seoul Southern District Court 2018 GaHap113738 Action Claiming a Correction Statement, etc. This copy is not different from the original copy submitted on November 20, 2018.**

# This is an authentic copy.

November 15, 2018

Seoul Southern District Court

Administrative Clerk Si-Il Kim (sealed)

※You can check whether the document has been altered or not by using the issue number search menu of the computer installed in each court room for the purpose of case searches or by inquiring the court in charge about the issue number shown at the bottom of this document.



이 사건의 사건번호는 서울남부지방법원

2018가합113738   정정보도등   청구의 소

담당재판부 : 제16민사부

재정기일 :

법원주사보   정수미

전화 : 02-2192-1227 [6층 민사합의과 내 옆 ]

직통

소 : 02-2646-7153

법원주사보 정수미

e-mail : phoenixlaw@scourt.go.kr

재판부 이메일 주소는 문의사항을 접수하기 위한 연락처이므로 재판부 이메일 주소로 전자
소송을 접수하는 경우에는 서면을 제출한 효력이 발생하지 아니하니 위임하기 바랍니다.
사건진행과 관련된 정보(송달내역, 향후기일 등)는 대한민국법원 전자민원센터 홈페이지
(http://www.scourt.go.kr) '나의 사건검색' 란에서 조회할 수 있습니다.
다만, 부동산등 경매사건은 대한민국법원 경매정보홈페이지(http://www.courtauction.go.kr)
경매사건 경매절차에서 조회할 수 있습니다.

피고1

※ 발송처
서울남부지방법원
서울 양천구 신월로 386 서울남부지방법원
0 8 0 8 8

(수)신처

(배)이도동, 한국방송공사
서울 영등포구 여의공원로 13

한국방송공사 대표자 사장 양승동
B1 150 08 11
부속실

2 0 6 0 7 1 6 - 6 3 9 7 1 3
(민사합의과 제16민사부)
2018-002-11378-743

0 7 2 3 5

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



# 소     장

원     고        1. 주식회사 제너시스비비큐(법인등록번호:110111-1193153)
                    서울 송파구 중대로 64 (문정동)
                 공동대표이사 윤경주, 윤학종

                 2. 윤홍근

                 3. 윤혜웅
                    원고 2, 3의 주소 성남시 수정구 설개로 49 (시흥동)

                 원고들 소송대리인
                    법무법인 세종
                    서울 중구 퇴계로 100 (회현동2가, 스테이트타워 남산)
                    담당변호사: 임상혁, 송재섭, 방세희, 이상윤, 김해균
                    ( 전화: 02-316-4114   팩스: 02-756-6226 )


피     고        1. 한국방송공사(법인등록번호:111271-0001225)
                    서울 영등포구 여의공원로 13 (여의도동, 한국방송공사)
                 대표자 사장 양승동

                 2. 이주형

                 3. 이세연
                    피고 2, 3의 주소 서울 영등포구 여의공원로 13 (여의도동, 한국방송공사) 보
                    도본부 사회부



정정보도등 청구의 소


# 청 구 취 지


1. 피고 한국방송공사는 이 판결 확정 후 최초로 방송하는 편집이 완료되지 않은 'KBS 뉴스 9' 프로
그램 가장 첫머리에 30초간 화면상의 문자와 대사로 별지 1 기재 정정보도문을 방송하라.

2. 피고 한국방송공사는 이 판결 확정 후 1일 이내에 'KBS 뉴스' 홈페이지(http://news.kbs.co.kr/com

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음

mon/main.html)의 초기 화면 중앙 상단에 별지 1 기재 정정보도문을, 제목은 별지 2 기재
의 제목과 같은 크기 및 활자체로, 본문은 별지 2 기재 기사의 제목과 같은 크기 및 활자체로 72시
간 동안 게재하되, 제목을 클릭하면 정정보도문이 표시되게 하며, 게재 후에는 기사 데이터베이스
에 보관되게 하라.

3. 피고들은 연대하여 원고들에게 3,000,000,000원 및 이에 대하여 2018. 11. 15.부터 이 사건 소
장 부본 송달일까지는 연 5%의, 그 다음 날부터 다 갚는 날까지는 연 15%의 각 비율로 계산한 돈
을 지급하라.

4. 제3항은 가집행할 수 있다.

5. 소송비용은 피고들이 부담한다.

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr

음성출력용바코드

# 청 구 원 인

## 1. 당사자들의 지위

### 가. 원고들의 지위

원고 주식회사 제너시스비비큐(이하 '원고 회사'라고 합니다)는 1995년경 설립되어 '비비큐(BBQ)' 브랜드의 치킨 전문점 프랜차이즈 사업을 영위하고 있는 법인입니다.

원고 윤홍근은 원고 회사를 설립하고 실질적으로 운영하는 경영인이고, 원고 윤혜웅은 원고 윤홍근의 아들로서, 2016. 8. 1.경 미국 뉴저지 소재 법인 'BBDOTQ USA'(이하 '미국 법인'이라고 합니다)에 입사하여 미국 내 원고 회사 매장의 설치와 운영 등에 관여하고 있습니다.

### 나. 피고들의 지위

피고 한국방송공사(이하 '피고 공사'라고 합니다)는 전국적으로 'KBS1' 채널을 통해 텔레비전 및 라디오 방송을 실시하고 있는 방송사업자입니다.

피고 이주형은 피고 공사 보도본부 사회2부장이고, 피고 이세연은 피고 공사 보도본부 사회부 기자입니다.

법무법인 세종
SHIN&KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 · (우)04631 · 전화 02-316-4255(송무실) · 팩스 02-756-6226

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



음성출력용바코드

## 2. 피고 공사의 보도 내용

피고 공사는 2018. 11. 15. 21:00에 방송된 'KBS 뉴스 9' 프로그램과 2018. 11. 16. 06:00에 방송된 'KBS 뉴스광장' 프로그램, 같은 날 09:30에 방송된 'KBS 뉴스' 프로그램, 같은 날 12:00에 방송된 'KBS 뉴스 12' 프로그램을 통해, (1) 원고 회사의 자금으로 원고 윤혜웅의 미국 유학비용을 충당했고, (2) 원고 윤혜웅은 미국 법인에서 근무하지도 않으면서 급여를 지급받았다는 내용을 보도(이하 '이 사건 제1보도'라고 합니다)하였습니다(갑 제1 내지 4호증 각 보도문).

또한 피고 공사는 2018. 11. 16. 21:00에 방송된 'KBS 뉴스 9' 프로그램을 통해 '국세청이 2012년 원고 회사에 대해 세무조사를 벌였는데 회삿돈 일부가 회장 일가의 미국 생활비로 유용된 사실을 확인하기도 했다'는 내용을 보도(이하 '이 사건 제2보도'라고 하며, 이 사건 제1보도와 이 사건 제2보도를 통칭하여 '이 사건 보도들'이라고 합니다)하였습니다(갑 제5호증 보도문).

아울러 피고 공사는 이 사건 보도들의 내용을 인터넷 웹사이트에 게재하는 한편, 이 사건 제2보도는 '자막뉴스'라는 형식으로 인터넷 웹사이트에 추가 게재하였습니다(갑 제6호증 보도문).

법무법인 세종
SHIN&KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 · (우)04631 · 전화 02-316-4255(총무실) · 팩스 02-756-6226

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr

음성출력용바코드

## 3.  이 사건 보도들의 허위성

그러나 원고 회사는 회사 자금을 유용하여 원고 윤혜웅의 유학비용을 충당한 사실이 없고, 단지 원고 윤홍근과 윤혜웅의 개인 자금을 적법하게 송금하는 방법으로 원고 윤혜웅의 유학비용을 충당하였을 뿐입니다.

또한 원고 윤혜웅은 미국 법인에서 운영하는 보스턴 매장의 운영관리자(Operantion Manager) 직책에 있으면서 근로계약에서 정한 바에 따라 성실하게 근무하고 있으며, 유학생활에 필요한 비용을 충당하기 위한 등의 목적에서 미국 법인에 근무하는 것처럼 허위로 꾸민 사실이 없습니다.

뿐만 아니라 국세청이 2012년 원고 회사에 대해 실시한 세무조사에서도 원고 회사의 자금이 원고 윤혜웅 등의 미국 생활비로 유용되었다는 사실이 확인된 바는 전혀 없습니다.

따라서 이 사건 보도들의 내용은 모두 진실하지 않은 허위사실의 보도에 해당합니다.

## 4.  정정보도 등의 청구

사실적 주장에 관한 언론보도가 진실하지 아니함으로 인하여 피해를 입은 자는

법무법인 세종
SHIN&KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 · (우)04631 · 전화 02-316-4255(송무실) · 팩스 02-756-6226

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



언론사에 대해 그 언론보도의 내용에 관한 정정보도를 청구할 수 있습니다(언론중재 및 피해구제 등에 관한 법률 제14조 제1항).  이 사건 보도들이 모두 사실적 주장에 관한 것임에는 의문의 여지가 없고, 나아가 이 사건 보도들로 인해 원고들은 회복할 수 없는 명예와 신용상의 불이익을 입었습니다.  따라서 원고들은 피고 공사를 상대로 별지와 같은 내용의 정정보도를 청구할 수 있습니다.

한편 이 사건 보도들로 인해 원고들은 명예와 신용상 막대한 손해를 입었는바, 이 사건 보도들을 작성·방송한 피고들은 공동하여 원고들의 손해를 배상할 의무가 있습니다(민법 제751조 제1항).  특히 피고 공사는 이 사건 제1보도를 제한적으로만 방송하도록 한 법원의 가처분결정에도 위반한 것도 모자라(갑 제7호증 서울남부지방법원 2018카합20527 결정), 이 사건 제1보도를 'KBS 뉴스 9' 프로그램 제일 첫머리에 방송하는 등[1] 이틀에 걸쳐 반복적이고 악의적으로 이 사건 보도들을 방송하였는바, 이로 인하여 원고 회사 가맹점의 매출이 감소하거나 '비비큐(BBQ)'에 브랜드 가치가 훼손되는 등 이 사건 보도들 때문에 발생한 원고들의 정신적 및 경제적 손해는 100억 원을 초과할 정도로 매우 막대합니다.  이에 원고들은 일부청구로서 일단 피고들에 대해 연대하여 손해배상으로 금 3,000,000,000원을 원고들에게 지급할 것을 청구합니다.

---

[1] 이 사건 제1보도가 최초 방송된 2018. 11. 15.은 수학능력시험이 실시된 날로서 바로 그 전날 금융감독원증권선물위원회가 삼성바이오로직스 주식회사의 고의적 분식회계에 관한 입장을 발표하였기 때문에, 원고들에 관한 이 사건 제1보도를 피고 공사의 가장 대표적인 뉴스 프로그램의 제일 첫머리에 중요하게 방송하여야 할 아무런 이유가 없습니다.

법무법인 세종
SHIN & KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 · (우)04631 · 전화 02-316-4255(총무실) · 팩스 02-756-6226

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



5. **결론**


　이상과 같이 피고들은 허위 사실에 해당하는 이 사건 보도들을 작성·방송하여 원고들에게 막대한 손해를 입혔으므로, 별지 1 기재와 같은 정정보도를 실시하는 한편 원고들이 입은 손해를 배상하여야 할 의무가 있습니다.  그러므로 원고들의 청구를 모두 인용하여 주시기 바랍니다.


　보다 구체적인 청구원인 및 증거자료는 추후 제출하겠습니다.

법무법인 세종
SHIN&KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층·(우)04631·전화 02-316-4255(송무실)·팩스 02-756-6226

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음

# 입 증 방 법

| 1. | 갑 제1호증 | 2018. 11. 15.자 보도문 |
|----|-----------|----------------------|
| 2. | 갑 제2호증 | 2018. 11. 16.자 보도문 |
| 3. | 갑 제3호증 | 2018. 11. 16.자 보도문 |
| 4. | 갑 제4호증 | 2018. 11. 16.자 보도문 |
| 5. | 갑 제5호증 | 2018. 11. 16.자 보도문 |
| 6. | 갑 제6호증 | 자막뉴스 보도문 |
| 7. | 갑 제7호증 | 서울남부지방법원 2018카합20527 결정 |

# 첨 부 서 류

1.  별지 1 정정보도문

2.  별지 2 기사

3.  법인등기사항증명서(주식회사 제너시스비비큐)

4.  법인등기사항증명서(한국방송공사)

5.  소송위임장

6.  담당변호사지정서

2018.11.20

원고들 소송대리인

법무법인 세종

담당변호사 임상혁

송재섭

방세희

이상윤

김해균

서울남부지방법원 귀중

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



별지 1

# 정 정 보 도 문

**1. 제목**

bbq 관련 보도에 대한 정정보도문

**2. 본문**

본 방송사는 2018년 11월 15일 오후 9시에 방송된 'KBS 뉴스 9' 프로그램과 2018년 11월 16일 오전 6시에 방송된 'KBS 뉴스광장' 프로그램, 같은 날 오전 9시 30분에 방송된 'KBS 뉴스' 프로그램, 같은 날 정오에 방송된 'KBS 뉴스 12' 프로그램을 통해 『BBQ가 회사의 자금으로 회장 아들의 미국 유학비용을 충당했고, 회장 아들은 BBQ 미국 법인에서 근무하지도 않으면서 급여를 지급받았다』는 내용을 보도하였습니다.

또한 본 방송사는 2018년 11월 16일 오후 9시에 방송된 'KBS 뉴스 9' 프로그램을 통해 『국세청이 2012년 BBQ에 대해 세무조사를 벌였는데 회삿돈 일부가 회장 일가의 미국 생활비로 유용된 사실을 확인하기도 했다』는 내용을 보도하였습니다.

법무법인 세종
SHIN & KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 • (우)04631 • 전화 02-316-4255(총무실) • 팩스 02-756-6226

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr

음성출력용바코드

그러나 ① BBQ는 회사 자금으로 회장 아들의 유학비용을 충당한 것이 아니라 회장과 회장 아들의 개인 자금을 송금하는 방법으로 유학비용을 충당하였고, ② 회장 아들은 미국 법인에서 근로계약에 따라 성실하게 근무하고 있으며, ③ 국세청이 2012년 BBQ에 대해 실시한 세무조사에서도 회사 자금이 회장 일가의 미국 생활비로 유용되었다는 사실은 밝혀진 바 없음이 확인되었기에, 이를 바로 잡습니다.

끝.

법무법인 세종
SHIN&KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 · (우)04631 · 전화 02-316-4255(총무실) · 팩스 02-756-6226

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



별지 2

# 기      사

## 1. 제목

[끈질긴K] "BBQ 회장, 회삿돈으로 자녀 유학 생활비 충당"

## 2. 본문

[앵커]

오늘(15일) KBS 9시 뉴스는 이름만 들으면 누구나 알 수 있는 유명 치킨업체 회장 일가의 수상한 미국 생활과 관련된 소식을 먼저 전해드리겠습니다.

전 세계 50여 개국에 300여 개의 매장을 갖고 있다는 글로벌 프랜차이즈업체 BBQ 의 윤홍근 회장이 거액의 회삿돈으로 자녀들의 미국 유학 생활비를 충당해 온 것으로 드러났습니다.

KBS는 끈질긴 현장 취재와 자료검증을 통해 사실관계를 확인했는데, BBQ 측은 지난 9일, 이 보도를 막아달라며 법원에 방송금지 가처분 신청을 했고, 법원이 조금 전 BBQ 측의 신청 내용 대부분을 기각했습니다.

KBS 아홉시 뉴스가 새롭게 선보이는 '끈질긴 K' 이세연 기자가 전해드립니다.

법무법인 세종
SHIN&KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 · (우)04631 · 전화 02-316-4255(총무실) · 팩스 02-756-6226

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr

음성출력용바코드

[리포트]

지난 9월, 제보가 접수됐습니다.

"자수성가한 중견기업 회장이 거액의 회삿돈으로 자녀들 유학 생활 비용을 충당했다."

한국 프랜차이즈의 살아있는 성공신화, 치킨업계의 대부, BBQ 윤홍근 회장 애기인데, 끈질긴 K가 확인해보겠습니다.


사회부에 들어온 서류 한장, 작은 회장님과 아가씨 월 지출 예상 내역서, 작은 회장님은 비비큐 윤홍근 회장의 아들, 아가씨는 딸입니다.

한달 생활비 만 7천 달러, 우리 돈 2천만 원인데, 이 돈을 비비큐 미국 법인 직원 급여에서 처리했다는 겁니다.   결재란의 싸인은 윤 회장 싸인이라고도 했습니다.


신빙성 있는 제보일까?

끈질긴 K가 다른 비비큐 내부 문서를 입수해 싸인을 비교해 봤습니다.

[김은영/문서 전문 감정사 : "동일인의 필적일 가능성이 매우 높은...."]


미국에서 만난 제보자, 제보자는 작은 회장님 초등학생 때부터 미국 생활을 책임졌다고 합니다.


[제보자/음성변조 : "미국으로 유학을 시키면서 관리를 계속 해줬는데 성적은 안 오르고. 그런 친구를 (회장이) 하버드에 무조건 보내야 된다고...."]

법무법인 세종
SHIN&KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 · (우)04631 · 전화 02-316-4255(송무실) · 팩스 02-756-6226

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr
음성출력용바코드

같은 집에 살면서 사립학교에 데려다 주고, 공부와 체력 관리, 식단까지 챙겼습니다.

[제보자/음성변조 : "회장하고 매일 통화를 했습니다. 아들 잘 있냐, 딸 잘 있냐, 오늘 뭐 먹었냐, 운동 뭐 시켰냐. 본사에서 나온 직원이 업무를 보는 건 거의 없었죠."]

["맨 왼쪽 끝집. 마스터 베드룸은 OO이랑 회장을 위해서 항상 비워 놨던 방이고요."]

함께 산 집만 다섯 곳입니다.

윤 회장의 아들이 2년 동안 살았던 이 집은 월세가 4천 7백 달러, 한국 돈으로 550만 원이 들어갔습니다.

이 집을 빌리는데도 역시 회삿돈을 들였습니다.

고등학교 때부터 고급차를 몰았다는 작은 회장님, 벤츠와 아우디 등이었는데 확인해보니 모두 뉴저지의 비비큐 미국 법인차였습니다.

[옛날 이웃 : "뉴저지 번호판 달린 차 몰고 다녔었는데, 그 차가 보이다 안 보이다 했었어요."]

제보자가 작성했다는 생활비 결산내역.

강아지 미용과 속옷, 놀이공원, 운동경기 관람, 가장 눈에 띄는 건 과외비입니다.

[제보자/음성변조 : "선생님들이 한 달에 많이 가져 가면 7천 달러, 9천 달러..."]

법무법인 세종
SHIN&KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 · (우)04631 · 전화 02-316-4255(송무실) · 팩스 02-756-6226



2009년엔 아가씨까지 미국에 들어왔는데, 제보자 부인까지 가짜 직원으로 동원돼 생활비를 댔습니다.

제보자는 한국 계좌로 진짜 월급을 따로 받았다고 합니다.


[제보자/음성변조 : "편법이고, 불법이고. 인지하고 있었지만 저도 살 수 있는 길을 택할 수밖에 없었던 것 같습니다."]


이렇게 8년 동안 들어간 회삿돈이 십억 원이 훨씬 넘는다는 겁니다.

이제 작은 회장님을 찾을 차례, 마지막으로 살았다는 보스턴 주택을 찾아가봤습니다.


[해당 주소 주민 : "(윤OO 201호에 사나요?) 아니요. 제가 201호에 지금 살고있으니까요. 이사온 지 1년 반 정도 됐어요."]


작은 회장님의 페이스북, 본인이 입학했다고 올린 하버드대학으로 가봤습니다.

확인해보니 윤 씨가 다니는 곳은 익스텐션 스쿨, 일종의 평생교육원이었습니다.

학생 유학비자를 발급받을 수 없는 교육기관입니다.


[하버드 대학 관계자 : "(학생 비자 지원을 안한다고요?) 네. 학기 중엔 학생 비자 지원 안 해요."]


작은 회장님은 과연 학생비자도 없이 어떻게 미국에 머무는 걸까?

4 / 7

법무법인 세종
SHIN & KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 · (우)04631 · 전화 02-316-4255(송무실) · 팩스 02-756-6226

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr

음성출력용바코드

끈질긴 K가 확보한 작은 회장님 비자 서류입니다.

미국 비비큐의 연봉 6만 달러 상근직 이사라며 투자 비자인, E2 비자를 신청했습니다.  회사 측은 고등학교를 갓 졸업한 작은 회장님을 필수 직원이라며 비자를 내달라고 요청했습니다.


[제보자/음성변조 : "제가 그만두는 시점까지 3-4개월 정도 급여가 지급되는 것을 봤고...."]


작은 회장님, 과연 일은 하고 있는 걸까?

이른 아침, 상근이사로 있다는 뉴저지 미국법인 본사로 가봤습니다.

다들 출근하는데 작은 회장님은 보이질 않습니다.


[미국 본사 관계자/음성변조 : "보스턴으로 가서 운영 관리를, 탄력근무제로 일을 하고 있습니다."]


보스턴 매장에선 작은 회장님을 만날 수 있을까?

BBQ치킨 보스턴 법인은 윤 회장의 아들이 근처 하버드대학교에 입학하기 두 달 전 문을 열었습니다.


매장 잠복취재 시작.


[매장 직원/음성변조 : "(여기 종업원들 다 한국분들이세요?) 네."]

법무법인 세종
SHIN&KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 · (우)04631 · 전화  02·316·4255(송무실) · 팩스  02·756·6226

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



[“(세연 씨, 지금 몇시예요?) 지금이 오후 4시 39분이거든요.”]

몇 시간을 기다려도 작은 회장님은 볼 수 없습니다.

[매장 직원/음성변조 : “(언제 매장에 왔는지 알 수 있을까요?) 저도 잘 모르겠어요. 못 봐가지고. 누군지 제가 정확히... (윤OO 모르세요?) 네. 얘기는 들었는데....”]

다음날 다시 찾은 매장.

[매장 직원/음성변조 : “(안녕하세요. 저기 혹시 윤OO이라고 있어요?) 여기 안계신데. (일하는거 아니에요?) 네, 아니에요.”]

직원들도 모르는 작은 회장님 행방,
간신히 확보한 건 전화번호 뿐이었습니다.

[윤홍근 회장 아들/음성변조 : “(여보세요? 윤OO씨 되시나요?) 네. (저희가 보스턴 매장을 계속 지켜봤는데 출근을 안하시더라고요.) 제가 출근을 안한다고요? 어이가 없어가지고... 출근은 했고요. (보스턴에 계신건 맞죠?) 네, 보스턴에 있습니다. (뉴저지 직원으로 비자를 받으셨는데 왜 보스턴에 계시는거예요?) 이건 일단 나중에 제대로 말씀을 드리고요.”]

법무법인 세종
SHIN&KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 · (우)04631 · 전화  02-316-4255(송무실) · 팩스  02-756-6226

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr

음성출력용바코드

끈질긴 K 취재에 대한 비비큐 측의 해명,


윤 회장과 아들이 제보자의 시티은행 계좌로 매달 정기적으로 돈을 송금해 유학자금을 충당했다며 그 근거로 외환송금내역서를 제시했습니다.

또 업무 특성상 매장 직원들이 아들의 존재를 모를 수도 있고, 직원들이 윤 회장 아들을 모른다고 한 것은 본사 지침에 따른 것이라고 밝혔습니다.

또 윤 회장 아들은 출근하지 않아도 업무를 수행할 수 있으며, 매장이 잘 운영되고 있어 업무를 충실하게 수행하는 것으로 판단한다고 설명했습니다.


정말 사실일까?

윤 회장에게 직접 물어봤습니다.


["회장님 안녕하세요. 아드님 관련해서 여쭤보려고 하는데요. 미국으로 직원 보내서 회삿돈 들여서 생활비 대셨나요? 대답하고 가시죠."]


**BBQ** 해명은 과연 사실일까?

자세한 내용 계속 공개합니다.

끈질긴**K** 이세연입니다.


끝.

법무법인 세종

SHIN&KIM

서울시 중구 퇴계로 100 스테이트타워남산 8층 · (우)04631 · 전화 02-316-4255(총무실) · 팩스 02-756-6226

서울남부지법 2018가합113738 점전보도등 청구의 소 2018.11.20 제출 원본과 상위 없음

# 등기사항전부증명셔(현재 유효사항)[제출용]



| 등기번호 | 119315 |
|---|---|
| 등록번호 | 110111-1193153 |

| **상 호** | 주식회사 제너시스비비큐 (GENESIS BBQ Co., Ltd.) | 2011.03.18 변경 |
| | | 2011.03.18 등기 |
| **본 점** | 서울특별시 송파구 중대로 64(문정동) | 2011.10.31 도로<br>명주소 |
| | | 2013.07.01 등기 |
| **공고방법** | 회사의 인터넷 홈페이지(https://www.bbq.co.kr)에 게재한다. 다만,<br>전산장애 또는 그 밖의 부득이한 사유로 회사의 인터넷 홈페이지에<br>공고를 할 수 없을 때에는 서울시내에서 발행하는 매일경제신문에<br>게재한다. | 2018.03.29 변경 |
| | | 2018.04.12 등기 |

| **1주의 금액**   금 10,000 원 | · 변경 |
|---|---|
| | · 등기 |

| **발행할 주식의 총수**  10,000,000 주 | 2015.09.22 변경 |
|---|---|
| | 2015.09.25 등기 |

| 발행주식의 총수와<br>그 종류 및 각각의 수 | | 자본금의 액 | 변경 연월일<br>등기 연월일 |
|---|---|---|---|
| 발행주식의 총수 | 1,541,844 주 | | 2014.05.31 변경 |
| 보통주식 | 1,541,844 주 | 금 15,418,440,000 원 | 2014.06.02 등기 |

| 목       적 | | | |
|---|---|---|---|
| 1. 상품 연쇄화산업(체인산업) | <1998.12.10 | 추가 | 1998.12.12 등기> |
| 2. 계육 및 계육가공품 도,소매업 | <1998.12.10 | 추가 | 1998.12.12 등기> |
| 3. 외식사업(식당업) | <1999.11.01 | 추가 | 1999.11.04 등기> |
| 4. 부동산 임대업 | <2002.06.14 | 추가 | 2002.07.10 등기> |
| 5. 수출, 수입업(무역업) | <2002.06.14 | 추가 | 2002.07.10 등기> |
| 6. 교육연수 및 각종 단체의 교육연수에 필요한 시설 대여업 | | | |
| | <2003.05.30 | 추가 | 2003.05.30 등기> |
| 7. 가정용잡화 도, 소매 판매 | <2008.05.23 | 추가 | 2008.05.23 등기> |
| 8. 완구류 도,소매 판매 | <2008.05.23 | 추가 | 2008.05.23 등기> |
| 9. 문구류 도,소매 판매 | <2008.05.23 | 추가 | 2008.05.23 등기> |
| 10. 식음료 도,소매 판매 | <2008.05.23 | 추가 | 2008.05.23 등기> |
| 11. 건강기능식품 도,소매 판매 | <2008.05.23 | 추가 | 2008.05.23 등기> |
| 12. 통신판매업 | <2017.10.27 | 변경 | 2017.10.27 등기> |
| 13. 전자상거래업 | <2017.10.27 | 변경 | 2017.10.27 등기> |
| 14. 부동산 개발 및 공급업 | <2017.10.27 | 추가 | 2017.10.27 등기> |
| 15. 데이터베이스 및 온라인정보 제공업 | <2017.10.27 | 추가 | 2017.10.27 등기> |
| 16. 인테리어디자인업 | <2017.10.27 | 추가 | 2017.10.27 등기> |
| 17. 조미료 및 식품첨가물 제조업(천연물질 가공 등) | <2017.10.27 | 추가 | 2017.10.27 등기> |

---

[인터넷 발급] 문서 하단의 바코드를 스캐너로 확인하거나, **인터넷등기소(http://www.iros.go.kr)의**
**발급확인 메뉴에서 발급확인번호를 입력하여 위·변조 여부를 확인할 수 있습니다.**
**발급확인번호를 통한 확인은 발행일부터 3개월까지 5회에 한하여 가능합니다.**

1150301014001000211110811005211309113131I1J1N0N1A1  1  발행일:2018/11/20

발급확인번호 3156-AASW-KRQB

- 1/4 -



서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr

음성출력용바코드

| 등기번호 | 119315 |
|---|---|

18. 식품생명공학기술업(기능성식품 개발기술)　　　　　<2017.10.27 추가　2017.10.27 등기>
19. 무선통신중개서비스업　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
20. 소화물전문운송업　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
21. 기타기술 및 직업훈련 교육업　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
22. 직원교육업　　　　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
23. 온라인 교육업　　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
24. 사료제조업　　　　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
25. 축사 및 축산기자재 제조설치업　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
26. 농산물, 수산물, 축산물 판매업　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
27. 기타 식료품 제조 및 판매업　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
28. 위탁, 단체 급식업　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
29. 식자재 도소매업　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
30. 해외 곡물자원개발업　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
31. 출장연회 및 각종 접객서비스업　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
32. 도시락, 식사용 조리식품 제조 및 판매업　　　　　<2017.10.27 추가　2017.10.27 등기>
33. 식료잡화판매업　　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
34. 담배도소매업　　　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
35. 신재생에너지 등 자원개발, 운영, 판매업　　　　　<2017.10.27 추가　2017.10.27 등기>
36. 폐자원에너지 등 자원개발, 운영, 판매업　　　　　<2017.10.27 추가　2017.10.27 등기>
37. 광고제작 및 대행업　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
38. 소프트웨어 시스템 개발업　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
39. 소프트웨어 시스템 용역제공업　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
40. 보험대리점업　　　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
41. 이동통신기기 대리점업　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
42. 주차장 운영업　　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
43. 건물관리업　　　　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
44. 멀티미디어 컨텐츠 컨설팅 및 개발업　　　　　　　<2017.10.27 추가　2017.10.27 등기>
45. 멀티미디어 컨텐츠 공급 및 판매업　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
46. 인터넷을 통한 회원제 서비스업　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
47. 인터넷 컨텐츠 개발 공급 및 유통업　　　　　　　<2017.10.27 추가　2017.10.27 등기>
48. 모바일 컨텐츠 개발 공급 및 유통업　　　　　　　<2017.10.27 추가　2017.10.27 등기>
49. 상품권 발행 및 제작판매업　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
50. 각종 행사와 문화사업 주최, 스폰서 및 행사 대행업
　　　　　　　　　　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
51. 일반여행업 및 여행중개업　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
52. 유원지 및 테마파크 운영업　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
53. 부동산 개발 및 공급업　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
54. 의약용 화합물 및 항생물질 제조업　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
55. 생물학적 제제 제조업　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
56. 동물용 의약품 제조업　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
57. 운수업　　　　　　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>
58. 창고업　　　　　　　　　　　　　　　　　　　　　　<2017.10.27 추가　2017.10.27 등기>



서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr

음성출력용바코드

| 등기번호 | 119315 |
|---|---|

| 59. 화물자동차 운송주선업 | <2017.10.27  추가   2017.10.27   등기> |
|---|---|
| 60. 사업지원 서비스업 | <2017.10.27  추가   2017.10.27   등기> |
| 61. 위 각호에 관련된 부대사업 일체 | <2017.10.27  추가   2017.10.27   등기> |

### 임원에 관한 사항

사내이사 윤홍근 570717-*******
 2013 년  03 월  11 일  취임 2013 년  03 월  22 일  등기
 2016 년  03 월  11 일  중임 2016 년  03 월  23 일  등기

사내이사 윤경주 590902-*******
 2013 년  03 월  11 일  취임 2013 년  03 월  22 일  등기
 2016 년  03 월  11 일  중임 2016 년  03 월  23 일  등기

사내이사 전승준 730720-*******
 2016 년  03 월  11 일  취임 2016 년  03 월  23 일  등기

사외이사 이홍직 710327-*******
 2016 년  03 월  29 일  취임 2016 년  04 월  01 일  등기

사내이사 주상집 590130-*******
 2017 년  02 월  10 일  취임 2017 년  02 월  14 일  등기

공동대표이사 윤경주 590902-******* 경기도 성남시 수정구 설개로 49(시흥동)
 2017 년  05 월  25 일  취임 2017 년  05 월  26 일  등기

감사 김단 670506-*******
 2017 년  11 월  22 일  취임 2017 년  11 월  24 일  등기

사내이사 김태천 570102-*******
 2018 년  03 월  29 일  취임 2018 년  04 월  12 일  등기

기타비상무이사 김상균 650609-*******
 2018 년  03 월  29 일  취임 2018 년  04 월  12 일  등기

공동대표이사 윤학종 640330-******* 서울특별시 강남구 언주로116길 6, 104동 802호(논현동)
 2018 년  03 월  29 일  취임 2018 년  04 월  12 일  등기

사내이사 윤학종 640330-*******
 2018 년  03 월  29 일  취임 2018 년  04 월  12 일  등기

### 기 타 사 항

1. 흡수합병
 서울특별시 송파구 중대로 60, 7층(문정동,주윤빌딩) 주식회사 지엔에스에프엔디를 합병
         2013 년  04 월  03 일  등기
1. 회사분할
 일부를 분할하여 서울특별시 송파구 중대로 64(문정동) 주식회사 제너시스비비큐글로벌 을 설립
  2014 년  05 월  31 일  변경 2014 년  06 월  02 일  등기
1. 명의개서대리인
 주식회사 국민은행
 서울특별시 중구 남대문로 84(을지로2가)
  2016 년  01 월  27 일  변경 2016 년  02 월  02 일  등기

발급확인번호 3156-AASW-KRQB



서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr

음성출력용바코드

| 등기번호 | 119315 |
|---|---|

| 회사성립연월일 | 1995 년 09 월 01 일 |
|---|---|

| 등기기록의 개설 사유 및 연월일 | |
|---|---|
| 설립 | 1995 년 09 월 01 일 등기 |

수수료 1,000원 영수함                 --- 이 하 여 백 ---

관할등기소 : 서울중앙지방법원 등기국 / 발행등기소 : 법원행정처 등기정보중앙관리소

이 증명서는 등기기록의 내용과 틀림없음을 증명합니다. [다만, 신청이 없는 지점 · 지배인에
관한 사항과 현재 효력이 없는 등기사항의 기재를 생략하였습니다]

서기 2018년 11월 20일

법원행정처 등기정보중앙관리소              전산운영책임관

* 실선으로 그어진 부분은 말소(변경,경정)된 등기사항입니다. * 등기사항증명서는 컬러로 출력 가능함.

[인터넷 발급] 문서 하단의 바코드를 스캐너로 확인하거나, 인터넷등기소(http://www.iros.go.kr)의
발급확인 메뉴에서 발급확인번호를 입력하여 위 · 변조 여부를 확인할 수 있습니다.
발급확인번호를 통한 확인은 발행일부터 3개월까지 5회에 한하여 가능합니다.

발급확인번호 3156-AASW-KRQB

11503010140010002111108110052113091131311J1N0N1A1  1  발행일:2018/11/20



서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음

# 등기사항전부증명서(현재 유효사항)[제출용]

www.scourt.go.kr
음성출력용바코드

| | |
|---|---|
| 등기번호 | 001208 |
| 등록번호 | 111271-0001225 |

| | | |
|---|---|---|
| 명 칭 | 한국방송공사 | . . 변경<br>. . 등기 |
| 주사무소 | 서울특별시 영등포구 여의공원로 13(여의도동) | 2011.10.31 도로명주소<br>2013.07.12 등기 |

**목 적**

공사는 국가기간방송으로서 국내외에 대한 방송의 실시와 방송문화의 보급 및 이에 수반하는 사업을 행함으로써 공공복지의 증진, 사회정의의 실현, 국민의 기본권 옹호, 교육혁신과 문화의 창달, 국민체육의 진흥 및 국제협력의 증진에 기여함을 목적으로 한다.
<2000.05.23 변경 2000.05.29 등기>
공사는 다음 각호의 업무를 행한다. <2000.05.23 변경 2000.05.29 등기>
1. 방송실시 <2000.05.23 변경 2000.05.29 등기>
가. 라디오방송 <2000.05.23 변경 2000.05.29 등기>
나. 텔레비전방송 <2000.05.23 변경 2000.05.29 등기>
다. 위송방송 등 새로운 방송매체를 통한 방송 <2000.05.23 변경 2000.05.29 등기>
라. 대외방송 <2000.05.23 변경 2000.05.29 등기>
마. 사회교육방성 <2000.05.23 변경 2000.05.29 등기>
바. 한국교육방송공사가 행하는 방송의 송신지원 <2000.05.23 변경 2000.05.29 등기>
2. 방송시설의 설치, 운영 및 관리 <2000.05.23 변경 2000.05.29 등기>
3. 시청자불만처리와 시청자 보호를 위한 기구의 설치 및 운영
<2000.05.23 변경 2000.05.29 등기>
4. 조사 연구 <2000.05.23 변경 2000.05.29 등기>
가. 방송실시를 위하여 필요한 조사연구 <2000.05.23 변경 2000.05.29 등기>
나. 방송기술 향상을 위한 개발연구 <2000.05.23 변경 2000.05.29 등기>
다. 방송경영 발전을 위한 조사연구 <2000.05.23 변경 2000.05.29 등기>
라. 방송문화 창달을 위한 조사연구 <2000.05.23 변경 2000.05.29 등기>
5. 부대업무 <2000.05.23 변경 2000.05.29 등기>
가. 방송제작상 필요한 전속단체의 유지 및 육성 <2000.05.23 변경 2000.05.29 등기>
나. KBS 교향악단의 유지 및 육성 <2000.05.23 변경 2000.05.29 등기>
다. KBS 국악관현악단의 유지 및 육성 <2000.05.23 변경 2000.05.29 등기>
라. 방송에 필요한 행사 및 사업의 주최, 주관 또는 후원
<2000.05.23 변경 2000.05.29 등기>
마. 출판 및 음반, 테입의 제작 배포업무 <2000.05.23 변경 2000.05.29 등기>
바. 시청자 서비스를 위한 업무 <2000.05.23 변경 2000.05.29 등기>
사. 방송의 국제교류에 관한 업무 <2000.05.23 변경 2000.05.29 등기>
아. 광고방송 업무 <2000.05.23 변경 2000.05.29 등기>
자. 대외방송 또는 대외방송 프로그램의 지원에 관한 사항
<2000.05.23 변경 2000.05.29 등기>
차. 자회사의 유지 및 육성 <2000.05.23 변경 2000.05.29 등기>

[인터넷 발급] 문서 하단의 바코드를 스캐너로 확인하거나, **인터넷등기소(http://www.iros.go.kr)의 발급확인 메뉴**에서 **발급확인번호**를 입력하여 **위·변조 여부를 확인할 수 있습니다.**
**발급확인번호**를 통한 확인은 발행일부터 3개월까지 5회에 한하여 가능합니다.

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr

| 등기번호 | 001208 |
|---|---|

카. 기타 방송문화의 향상을 위하여 필요한 사업과 사원복리 후생단체에 대한 지도 육성
　　　　　　　　　　　　　　　　　　　　　　　<2000.05.23　변경　2000.05.29　등기>
6. 제1호 내지 제5호의 업무에 부대되는 수익사업
　　　　　　　　　　　　　　　　　　　　　　　<2000.05.23　변경　2000.05.29　등기>

### 임원에 관한 사항

감사 전홍구 560515-*******
　　　2015 년 12 월 17 일 취임　　2015 년 12 월 24 일 등기

이사 조용환 590927-*******
　　　2017 년 11 월 13 일 취임　　2017 년 11 월 17 일 등기
　　　2018 년 09 월 01 일 중임　　2018 년 09 월 12 일 등기

이사 김상근 391022-*******
　　　2018 년 01 월 09 일 취임　　2018 년 01 월 12 일 등기
　　　2018 년 09 월 01 일 중임　　2018 년 09 월 12 일 등기

이사장 김상근 391022-*******
　　　2018 년 01 월 31 일 취임　　2018 년 02 월 14 일 등기
　　　2018 년 09 월 07 일 중임　　2018 년 09 월 12 일 등기

이사 강형철 620930-*******
　　　2018 년 02 월 20 일 취임　　2018 년 02 월 28 일 등기
　　　2018 년 09 월 01 일 중임　　2018 년 09 월 12 일 등기

사장 양승동 610720-******* 서울특별시 양천구 목동서로 234, 101동 403호(목동, 목동성원아파트
)
　　　2018 년 04 월 06 일 취임　　2018 년 04 월 13 일 등기

이사 김경달 681127-*******
　　　2018 년 09 월 01 일 취임　　2018 년 09 월 12 일 등기

이사 김영근 580402-*******
　　　2018 년 09 월 01 일 취임　　2018 년 09 월 12 일 등기

이사 김태일 551024-*******
　　　2018 년 09 월 01 일 취임　　2018 년 09 월 12 일 등기

이사 문건영 731222-*******
　　　2018 년 09 월 01 일 취임　　2018 년 09 월 12 일 등기

이사 박옥희 510622-*******
　　　2018 년 09 월 01 일 취임　　2018 년 09 월 12 일 등기

이사 서재석 600205-*******
　　　2018 년 09 월 01 일 취임　　2018 년 09 월 12 일 등기

이사 천영식 651025-*******
　　　2018 년 09 월 01 일 취임　　2018 년 09 월 12 일 등기

이사 황우섭 580507-*******
　　　2018 년 09 월 01 일 취임　　2018 년 09 월 12 일 등기

### 기 타 사 항

1. 자본금
　　삼천억원정
2. 출자의 방법과 그 납입금액
　　금 이천육십일억구천일백오십팔만사천칠백삼십육원

발급확인번호 2082-AASW-KRRV

1190501013001000211110811008201201103031I7J1N0N5A2 1 발행일:2018/11/20

- 2/3 -



서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



| 등기번호 | 001208 |
| --- | --- |

1999 년 12 월 23 일 변경    1999 년 12 월 29 일 등기
3. 회사가 공고하는 방법
   공사의 공고는 공사의 방송을 통하여 행하는 외에 관보, 일간신문 또는 인터넷에 게재한다.
   2000 년 05 월 23 일 변경    2000 년 05 월 29 일 등기
1. 2001년 11월 16일 등기번호 정정
                                    2001 년 11 월 16 일 등기
1. 관할변경
   2016년 06월 27일 대법원규칙 제 2663 호에 의하여 서울남부지방법원 영등포등기소로부터 이
   관할로 변경
                                    2016 년 06 월 27 일 등기

| 법인성립연월일 | 1973 년 02 월 28 일 |
| --- | --- |

**등기기록의 개설 사유 및 연월일**
   민법법인 및 특수법인등기 처리규칙 부칙 제2조 1항의 규정에 의하여 구등기로부터 이
   기
                                    2001 년 11 월 16 일 등기

수수료 1,000원 영수함                 --- 이 하 여 백 ---
                     관할등기소 : 서울남부지방법원 등기국 / 발행등기소 : 법원행정처 등기정보중앙관리소

이 증명서는 등기기록의 내용과 틀림없음을 증명합니다. [다만, 신청이 없는 지점(분사무
소)·지배인(대리인)에 관한 사항과 현재 효력이 없는 등기사항의 기재를 생략하였
습니다]
                          서기 2018년 11월 20일
                     법원행정처 등기정보중앙관리소            전산운영책임관

* 실선으로 그어진 부분은 말소(변경,경정)된 등기사항입니다. * 등기사항증명서는 컬러로 출력 가능함.

[인터넷 발급] 문서 하단의 바코드를 스캐너로 확인하거나, 인터넷등기소(http://www.iros.go.kr)의
발급확인 메뉴에서 발급확인번호를 입력하여 위·변조 여부를 확인할 수 있습니다.
발급확인번호를 통한 확인은 발행일부터 3개월까지 5회에 한하여 가능합니다.
                                                    발급확인번호 2082-AASW-KRRV

11905010130010002111108110082012011030311 7J 1N0N5A2  1  발행일 :2018/11/20



서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr

음성출력용바코드

# 소 송 위 임 장

사 건          정정보도 등 청구의 소

원 고          주식회사 제너시스비비큐

피 고          한국방송공사 외 2

위 사건에 관하여

주 소    서울특별시 중구 퇴계로 100 (스테이트타워 남산 8층)

(전화 : 316-4114, 팩스 : 756-6226)

**법무법인 세종** 에게 소송대리를 위임하고 아래

권한을 수여합니다.

(1) 일체의 소송행위 (2) 반소의 제기 및 응소 (3) 재판상 및 재판외의 화해
(4) 소의 취하 (5) 청구의 포기 및 인낙 (6) 복대리의 선임 (7) 목적물의 수령
(8) 공탁물의 납부 공탁물 및 이자의 반환청구와 수령 (9) 담보 권리행사 최고
신청 담보 취소신청 동신청에 대한 동의 담보취소 결정 정본의 수령 등 취소
결정에 대한 항고권 포기 (10) 상소의 제기 및 상소의 취하

위 소송을 위임합니다.

2018년    11월    20일

18007–
№ 000943
(위임장 등 부착용)
경유증표(본안민사고액)
201
서울지방변호사회(회관1)

주 소   서울특별시 송파구 중대로 64 (문정동)

위임인   주식회사 제너시스비비큐 공동대표이사 윤경주, 윤학종



서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



# 소 송 위 임 장

사　건　　　　　　　　　정정보도 등 청구의 소

원　고　　　윤 홍 근

피　고　　　한국방송공사 외 2


　　　위 사건에 관하여

주　소　　　서울특별시 중구 퇴계로 100 (스테이트타워 남산 8층)
　　　　　　　(전화 : 316-4114, 팩스 : 756-6226)

# 법무법인 세종 에게 소송대리를 위임하고 아래
# 권한을 수여합니다.


(1) 일체의 소송행위 (2) 반소의 제기 및 응소 (3) 재판상 및 재판외의 화해
(4) 소의 취하 (5) 청구의 포기 및 인낙 (6) 복대리의 선임 (7) 목적물의 수령
(8) 공탁물의 납부 공탁물 및 이자의 반환청구와 수령 (9) 담보 권리행사 최고
신청 담보 취소신청 동신청에 대한 동의 담보취소 결정 정본의 수령 등 취소
결정에 대한 항고권 포기 (10) 상소의 제기 및 상소의 취하


　　　위 소송을 위임합니다.


　　　　　　　　　　　　　2018년　　　11월　　　20일


주　소　　성남시 수정구 설개로 49 (시흥동)

위임인　윤 홍 근 

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음


www.scourt.go.kr
음성출력용바코드

# 소 송 위 임 장

사  건                      정정보도 등 청구의 소

원  고        윤 혜 웅

피  고        한국방송공사 외 2


위  사건에  관하여

주  소      서울특별시 중구 퇴계로 100 (스테이트타워 남산 8층)
              (전화 : 316-4114, 팩스 : 756-6226)

**법무법인 세종** 에게 소송대리를 위임하고 아래
권한을 수여합니다.


(1) 일체의 소송행위 (2) 반소의 제기 및 응소 (3) 재판상 및 재판외의 화해
(4) 소의 취하 (5) 청구의 포기 및 인낙 (6) 복대리의 선임 (7) 목적물의 수령
(8) 공탁물의 납부 공탁물 및 이자의 반환청구와 수령 (9) 담보 권리행사 최고
신청 담보 취소신청 동신청에 대한 동의 담보취소 결정 정본의 수령 등 취소
결정에 대한 항고권 포기 (10) 상소의 제기 및 상소의 취하


위  소송을  위임합니다.

                          2018년     11월     20일


주   소   성남시 수정구 설개로 49 (시흥동)

위임인   윤 혜 웅 

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



<u>원고들의 소송대리인</u>

# 담당변호사 지정서

사 건                              정정보도 등 청구의 소

원 고              주식회사 제너시스비비큐 외 2

피 고              한국방송공사 외 2


　　　　위 사건에 관하여 당 법인은 변호사법 제50조 제1항에 의거하여
그 업무를 담당할 변호사를 다음과 같이 지정합니다.

| 담당변호사 | 문용호, 임상혁, 송재섭,<br>방세희, 이상윤, 김해균 |
|---|---|


**2018.   11.   20.**

## 법무법인 세종

서울 중구 퇴계로 100 (스테이트타워 남산 8층)

대표변호사    김  용  담


서울남부지방법원    귀중


# 법무법인 세종
## SHIN&KIM

서울시 중구 퇴계로 100 스테이트타워 남산 8층 • (우)04631 • TEL 02 316 4114 • FAX 02 756 6226 • www.shinkim.com

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



# 접수증명 신청서

사       건          정정보도등 청구의 소

원       고          주식회사 제너시스비비큐 외 2명

피       고          한국방송공사 외 2명


위 사건에 대한 소장 이(가) 접수되었음을 증명하여 주시기 바랍니다.


2018.11.20


원고들 소송대리인

법무법인 세종

담당변호사 임상혁

송재섭

방세희

이상윤

김해균


서울남부지방법원  귀중

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음





- [끈질긴K] "BBQ 회장, 회삿돈으로 자녀 유학 생활비 충당"
- 
  ○ 입력 2018.11.15 (21:01)
  ○ 수정 2018.11.16 (10:21)
  뉴스 9



[앵커]

오늘(15일) KBS 9시 뉴스는 이름만 들으면 누구나 알 수 있는 유명 치킨업체 회장 일가의 수상한 미국 생활과 관련된 소식을 먼저 전해드리겠습니다.

전 세계 50여 개국에 300여 개의 매장을 갖고 있다는 글로벌 프랜차이즈업체 BBQ의 윤홍근 회장이 거액의 회삿돈으로 자녀들의 미국 유학 생활비를 충당해 온 것으로 드러났습니다.

KBS는 끈질긴 현장 취재와 자료검증을 통해 사실관계를 확인했는데, BBQ 측은 지난 9일, 이 보도를 막아달라며 법원에 방송금지 가처분 신청을 했고, 법원이 조금 전 BBQ 측의 신청 내용 대부분을 기각했습니다.

KBS 아홉시 뉴스가 새롭게 선보이는 '끈질긴 K' 이세연 기자가 전해드립니다.

[리포트]

지난 9월, 제보가 접수됐습니다.

"자수성가한 중견기업 회장이 거액의 회삿돈으로 자녀들 유학 생활 비용을 충당했다."

한국 프렌차이즈의 살아있는 성공신화, 치킨업계의 대부, BBQ 윤홍근 회장 얘기인데, 끈질긴 K가 확인해보겠습니다.

사회부에 들어온 서류 한장, 작은 회장님과 아가씨 월 지출 예상 내역서, 작은 회장님은 비비큐 윤홍근 회장의 아들, 아가씨는 딸입니다.

갑 제1호증



www.scout.go.kr

음성출력봉바코드

한달 생활비 만 7천 달러, 우리 돈 2천만 원인데, 이 돈을 비비큐 미국 법인 직원 급여에서 처리했다는 겁니다.

결재란의 싸인은 윤 회장 싸인이라고도 했습니다.

신빙성 있는 제보일까?

끈질긴 K가 다른 비비큐 내부 문서를 입수해 싸인을 비교해봤습니다.

[김은영/문서 전문 감정사 : "동일인의 필적일 가능성이 매우 높은...."]

미국에서 만난 제보자, 제보자는 작은 회장님 초등학생 때부터 미국 생활을 책임졌다고 합니다.

[제보자/음성변조 : "미국으로 유학을 시키면서 관리를 계속 해줬는데 성적은 안 오르고. 그런 친구를 (회장이) 하버드에 무조건 보내야 된다고...."]

같은 집에 살면서 사립학교에 데려다 주고, 공부와 체력 관리, 식단까지 챙겼습니다.

[제보자/음성변조 : "회장하고 매일 통화를 했습니다. 아들 잘 있냐, 딸 잘 있냐, 오늘 뭐 먹었냐, 운동 뭐 시켰냐. 본사에서 나온 직원이 업무를 보는 건 거의 없었죠."]

["맨 왼쪽 끝집. 마스터 베드룸은 OO이랑 회장을 위해서 항상 비워 놨던 방이고요."]

함께 산 집만 다섯 곳입니다.

윤 회장의 아들이 2년 동안 살았던 이 집은 월세가 4천 7백 달러, 한국 돈으로 550만 원이 들어갔습니다.

이 집을 빌리는데도 역시 회삿돈을 들였습니다.

고등학교 때부터 고급차를 몰았다는 작은 회장님, 벤츠와 아우디 등이었는데 확인해보니 모두 뉴저지의 비비큐 미국 법인차였습니다.

[옛날 이웃 : "뉴저지 번호판 달린 차 몰고 다녔었는데, 그 차가 보이다 안 보이다 했었어요."]

제보자가 작성했다는 생활비 결산내역.

강아지 미용과 속옷, 놀이공원, 운동경기 관람, 가장 눈에 띄는 건 과외비입니다.

[제보자/음성변조 : "선생님들이 한 달에 많이 가져 가면 7천 달러, 9천 달러..."]

2009년엔 아가씨까지 미국에 들어왔는데, 제보자 부인까지 가짜 직원으로 동원돼 생활비를 댔습니다.

제보자는 한국 계좌로 진짜 월급을 따로 받았다고 합니다.

[제보자/음성변조 : "편법이고, 불법이고. 인지하고 있었지만 저도 살 수 있는 길을 택할 수밖에 없었던 것 같습니다."]

이렇게 8년 동안 들어간 회삿돈이 십억 원이 훨씬 넘는다는 겁니다.

# 갑 제1호증



이제 작은 회장님을 찾을 차례, 마지막으로 살았다는 보스턴 주택을 찾아가봤습니다.

[해당 주소 주민 : "(윤OO 201호에 사나요?) 아니요. 제가 201호에 지금 살고 있으니까요. 이사 온 지 1년 반 정도 됐어요."]

작은 회장님의 페이스북, 본인이 입학했다고 올린 하버드대학으로 가봤습니다.

확인해보니 윤 씨가 다니는 곳은 익스텐션 스쿨, 일종의 평생교육원이었습니다.

학생 유학비자를 발급받을 수 없는 교육기관입니다.

[하버드 대학 관계자 : "(학생 비자 지원을 안한다고요?) 네. 학기 중엔 학생 비자 지원 안 해요."]

작은 회장님은 과연 학생비자도 없이 어떻게 미국에 머무는 걸까?

끈질긴 K가 확보한 작은 회장님 비자 서류입니다.

미국 비비큐의 연봉 6만 달러 상근직 이사라며 투자 비자인, E2 비자를 신청했습니다.

회사 측은 고등학교를 갓 졸업한 작은 회장님을 필수 직원이라며 비자를 내달라고 요청했습니다.

[제보자/음성변조 : "제가 그만두는 시점까지 3-4개월 정도 급여가 지급되는 것을 봤고...."]

작은 회장님, 과연 일은 하고 있는걸까?

이른 아침, 상근이사로 있다는 뉴저지 미국법인 본사로 가봤습니다.

다들 출근하는데 작은 회장님은 보이질 않습니다.

[미국 본사 관계자/음성변조 : "보스턴으로 가서 운영 관리를, 탄력근무제로 일을 하고 있습니다."]

보스턴 매장에선 작은 회장님을 만날 수 있을까?

BBQ치킨 보스턴 법인은 윤 회장의 아들이 근처 하버드대학교에 입학하기 두 달 전 문을 열었습니다.

매장 잠복취재 시작.

[매장 직원/음성변조 : "(여기 종업원들 다 한국분들이세요?) 네."]

["(세연 씨, 지금 몇시예요?) 지금이 오후 4시 39분이거든요."]

몇 시간을 기다려도 작은 회장님은 볼 수 없습니다.

[매장 직원/음성변조 : "(언제 매장에 왔는지 알 수 있을까요?) 저도 잘 모르겠어요. 못 봐가지고. 누군지 제가 정확히... (윤OO 모르세요?) 네. 얘기는 들었는데...."]

다음날 다시 찾은 매장.

갑 제1호증

서울남부지법  2018가합113738  정정보도등  청구의 소  2018.11.20  제출  원본과  상위  없음



www.scourt.go.kr
음성출력바코드

[매장 직원/음성변조 : "(안녕하세요. 저기 혹시 윤OO이라고 있어요?) 여기 안계신데. (있는거 아니에요?) 네, 아니에요."]

직원들도 모르는 작은 회장님 행방,

간신히 확보한 건 전화번호 뿐이었습니다.

[윤홍근 회장 아들/음성변조 : "(여보세요? 윤OO씨 되시나요?) 네. (저희가 보스턴 매장을 계속 지켜봤는데 출근을 안하시더라고요.) 제가 출근을 안한다고요? 어이가 없어가지고... 출근은 했고요. (보스턴에 계신건 맞죠?) 네, 보스턴에 있습니다. (뉴저지 직원으로 비자를 받으셨는데 왜 보스턴에 계시는거예요?) 이건 일단 나중에 제대로 말씀을 드리고요."]

끈질긴 K 취재에 대한 비비큐 측의 해명,

윤 회장과 아들이 제보자의 시티은행 계좌로 매달 정기적으로 돈을 송금해 유학자금을 충당했다며 그 근거로 외환송금내역서를 제시했습니다.

또 업무 특성상 매장 직원들이 아들의 존재를 모를 수도 있고, 직원들이 윤 회장 아들을 모른다고 한 것은 본사 지침에 따른 것이라고 밝혔습니다.

또 윤 회장 아들은 출근하지 않아도 업무를 수행할 수 있으며, 매장이 잘 운영되고 있어 업무를 충실하게 수행하는 것으로 판단한다고 설명했습니다.

정말 사실일까?

윤 회장에게 직접 물어봤습니다.

["회장님 안녕하세요. 아드님 관련해서 여쭤보려고 하는데요. 미국으로 직원 보내서 회삿돈 들여서 생활비 대셨나요? 대답하고 가시죠."]

BBQ 해명은 과연 사실일까?

자세한 내용 계속 공개합니다.

끈질긴K 이세연입니다.

갑  제1호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scout.go.kr

음성출력용바코드



이세연 기자say@kbs.co.kr

<u>기자의 기사 모음</u>

갑　제1호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음





- BBQ '작은 회장님'의 수상한 미국생활
  - 입력 2018.11.16 (07:10)
  - 수정 2018.11.16 (07:56)
  뉴스광장



[앵커]

글로벌 치킨 프랜차이즈업체 BBQ의 윤홍근 회장이 거액의 회삿돈으로 자녀들의 미국 유학 생활비를 충당해 온 것으로 드러났습니다.

BBQ 측은 지난 9 일, 이 보도를 막아달라며 법원에 방송금지 가처분 신청을 했고, 법원은 어제 저녁 BBQ 측의 신청 내용 대부분을 기각했습니다.

이세연 기자가 취재했습니다.

[리포트]

사회부에 들어온 서류 한장.

작은 회장님과 아가씨 월 지출 예상 내역서.

작은 회장님은 비비큐 윤홍근 회장의 아들, 아가씨는 딸입니다.

한달 생활비 만 7천 달러, 우리 돈 2천만 원인데, 이 돈을 비비큐 미국 법인 직원 급여에서 처리했다는 겁니다.

결재란의 싸인은 윤 회장 싸인이라고도 했습니다.

제보자는 작은 회장님 초등학생 때부터 미국 생활을 책임졌다고 합니다.

갑 제2호증

서울남부지법  2018가합113738  정정보도등 청구의 소  2018.11.20  제출  원본과  상위  없음



[제보자/음성 변조 : "회장하고 매일 통화를 했습니다. 아들 잘 있냐, 딸 잘 있냐, 오늘 뭐 었냐, 운동 뭐 시켰냐. 본사에서 나온 직원이 업무를 보는 건 거의 없었죠."]

이렇게 8년 동안 들어간 회삿돈이 십억 원이 훨씬 넘는다는 겁니다.

작은 회장님의 페이스북, 본인이 입학했다고 올린 하버드대학으로 가봤습니다.

확인해보니 윤 씨가 다니는 곳은 익스텐션 스쿨, 일종의 평생교육원이었습니다.

[하버드 대학 관계자 : "(학생 비자 지원을 안한다고요?) 네. 학기 중엔 학생 비자 지원 안 해 요."]

작은 회장님은 과연 학생비자도 없이 어떻게 미국에 머무는 걸까?

미국 비비큐의 연봉 6만 달러 상근직 이사라며 투자 비자인, E2 비자를 신청했습니다.

작은 회장님, 과연 일은 하고 있는걸까?

[미국 본사 관계자/음성 변조 : "보스턴으로 가서 운영 관리를, 탄력근무제로 일을 하고 있습 니다."]

BBQ치킨 보스턴 법인은 윤 회장의 아들이 근처 하버드대학교에 입학하기 두 달 전 문을 열 었습니다.

매장 잠복취재 시작...

몇 시간을 기다려도 작은 회장님은 볼 수 없습니다.

비비큐 측의 해명, 윤 회장과 아들이 제보자의 시티은행 계좌로 매달 정기적으로 돈을 송금 해 유학자금을 충당했다며 그 근거로 외환송금내역서를 제시했습니다.

또 윤 회장 아들은 출근하지 않아도 업무를 수행할 수 있으며, 매장이 잘 운영되고 있어 업 무를 충실하게 수행하는 것으로 판단한다고 설명했습니다.

윤 회장에게 직접 물어봤습니다.

["(회장님 안녕하세요. 아드님 관련해서 여쭤보려고 하는데요) ....... (미국으로 직원 보내서 회삿돈 들여서 생활비 대셨나요? 대답하고 가시죠)."]

BBQ 해명은 과연 사실일까? 자세한 내용 계속 공개합니다.

KBS 뉴스 이세연입니다.

갑  제2호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음





이세연 기자 say@kbs.co.kr

기자의 기사 모음

갑  제2호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음





www.scourt.go.kr
음성출력용바코드

# KBS◉NEWS

- BBQ '작은 회장님'의 수상한 미국생활
-
  - 입력 2018.11.16 (09:40)
  - 수정 2018.11.16 (10:13)
  930뉴스



[앵커]

글로벌 치킨 프랜차이즈업체 BBQ의 윤홍근 회장이 거액의 회삿돈으로 자녀들의 미국 유학 생활비를 충당해 온 것으로 드러났습니다.

BBQ 측은 지난 9일, 이 보도를 막아달라며 법원에 방송금지 가처분 신청을 했고, 법원은 어제 저녁 BBQ 측의 신청 내용 대부분을 기각했습니다.

이세연 기자가 취재했습니다.

[리포트]

사회부에 들어온 서류 한장.

작은 회장님과 아가씨 월 지출 예상 내역서.

작은 회장님은 비비큐 윤홍근 회장의 아들, 아가씨는 딸입니다.

한달 생활비 만 7천 달러, 우리 돈 2천만 원인데, 이 돈을 비비큐 미국 법인 직원 급여에서 처리했다는 겁니다.

결재란의 싸인은 윤 회장 싸인이라고도 했습니다.

제보자는 작은 회장님 초등학생 때부터 미국 생활을 책임졌다고 합니다.

갑 제3호증


www.scourt.go.kr
음성출력용바코드

[제보자/음성변조 : "회장하고 매일 통화를 했습니다. 아들 잘 있나, 딸 잘 있나, 오늘 뭐 먹냐, 운동 뭐 시켰냐. 본사에서 나온 직원이 업무를 보는 건 거의 없었죠."]

이렇게 8년 동안 들어간 회삿돈이 십억 원이 훨씬 넘는다는 겁니다.

작은 회장님의 페이스북, 본인이 입학했다고 올린 하버드대학으로 가봤습니다.

확인해보니 윤 씨가 다니는 곳은 익스텐션 스쿨, 일종의 평생교육원이었습니다.

[하버드 대학 관계자 : "(학생 비자 지원을 안한다고요?) 네. 학기 중엔 학생 비자 지원 안 해요."]

작은 회장님은 과연 학생비자도 없이 어떻게 미국에 머무는 걸까?

미국 비비큐의 연봉 6만 달러 상근직 이사라며 투자 비자인, E2 비자를 신청했습니다.

작은 회장님, 과연 일은 하고 있는걸까?

[미국 본사 관계자/음성변조 : "보스턴으로 가서 운영 관리를, 탄력근무제로 일을 하고 있습니다."]

BBQ치킨 보스턴 법인은 윤 회장의 아들이 근처 하버드대학교에 입학하기 두 달 전 문을 열었습니다.

매장 잠복취재 시작.

몇 시간을 기다려도 작은 회장님은 볼 수 없습니다.

비비큐 측의 해명, 윤 회장과 아들이 제보자의 시티은행 계좌로 매달 정기적으로 돈을 송금해 유학자금을 충당했다며 그 근거로 외환송금내역서를 제시했습니다.

또 윤 회장 아들은 출근하지 않아도 업무를 수행할 수 있으며, 매장이 잘 운영되고 있어 업무를 충실하게 수행하는 것으로 판단한다고 설명했습니다.

윤 회장에게 직접 물어봤습니다.

["(회장님 안녕하세요. 아드님 관련해서 여쭤보려고 하는데요.) ……. (미국으로 직원 보내서 회삿돈 들여서 생활비 대셨나요? 대답하고 가시죠)."]

BBQ 해명은 과연 사실일까? 자세한 내용 계속 공개합니다.

KBS 뉴스 이세연입니다.

갑 제3호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음





이세연 기자 say@kbs.co.kr

기자의 기사 모음

갑 제3호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



음성출력용바코드

# KBS◉NEWS

- BBQ '작은 회장님'의 수상한 미국생활
- 
  ○ 입력 2018.11.16 (12:24)
  ○ 수정 2018.11.16 (12:36)
  뉴스 12



[앵커]

글로벌 치킨 프랜차이즈업체 BBQ의 윤홍근 회장이 거액의 회삿돈으로 자녀들의 미국 유학 생활비를 충당해 온 것으로 드러났습니다.

BBQ 측은 지난 9 일, 이 보도를 막아달라며 법원에 방송금지 가처분 신청을 했고, 법원은 어제 저녁 BBQ 측의 신청 내용 대부분을 기각했습니다.

이세연 기자가 취재했습니다.

[리포트]

사회부에 들어온 서류 한장.

작은 회장님과 아가씨 월 지출 예상 내역서.

작은 회장님은 비비큐 윤홍근 회장의 아들, 아가씨는 딸입니다.

한달 생활비 만 7천 달러, 우리 돈 2천만 원인데, 이 돈을 비비큐 미국 법인 직원 급여에서 처리했다는 겁니다.

결재란의 싸인은 윤 회장 싸인이라고도 했습니다.

제보자는 작은 회장님 초등학생 때부터 미국 생활을 책임졌다고 합니다.

갑 제4호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



[제보자/음성 변조 : "회장하고 매일 통화를 했습니다. 아들 잘 있냐, 딸 잘 있냐, 오늘 뭐 었냐, 운동 뭐 시켰냐. 본사에서 나온 직원이 업무를 보는 건 거의 없었죠."]

이렇게 8년 동안 들어간 회삿돈이 십억 원이 훨씬 넘는다는 겁니다.

작은 회장님의 페이스북, 본인이 입학했다고 올린 하버드대학으로 가봤습니다.

확인해보니 윤 씨가 다니는 곳은 익스텐션 스쿨, 일종의 평생교육원이었습니다.

[하버드 대학 관계자 : "(학생 비자 지원을 안한다고요?) 네. 학기 중엔 학생 비자 지원 안 해요."]

작은 회장님은 과연 학생비자도 없이 어떻게 미국에 머무는 걸까?

미국 비비큐의 연봉 6만 달러 상근직 이사라며 투자 비자인, E2 비자를 신청했습니다.

작은 회장님, 과연 일은 하고 있는걸까?

[미국 본사 관계자/음성 변조 : "보스턴으로 가서 운영 관리를, 탄력근무제로 일을 하고 있습니다."]

BBQ치킨 보스턴 법인은 윤 회장의 아들이 근처 하버드대학교에 입학하기 두 달 전 문을 열었습니다.

매장 잠복취재 시작...

몇 시간을 기다려도 작은 회장님은 볼 수 없습니다.

비비큐 측의 해명, 윤 회장과 아들이 제보자의 시티은행 계좌로 매달 정기적으로 돈을 송금해 유학자금을 충당했다며 그 근거로 외환송금내역서를 제시했습니다.

또 윤 회장 아들은 출근하지 않아도 업무를 수행할 수 있으며, 매장이 잘 운영되고 있어 업무를 충실하게 수행하는 것으로 판단한다고 설명했습니다.

윤 회장에게 직접 물어봤습니다.

["(회장님 안녕하세요. 아드님 관련해서 여쭤보려고 하는데요) ....... (미국으로 직원 보내서 회삿돈 들여서 생활비 대셨나요? 대답하고 가시죠)."]

BBQ 해명은 과연 사실일까? 자세한 내용 계속 공개합니다.

KBS 뉴스 이세연입니다.

갑 제4호증

서울남부지법  2018가합113738  정정보도등  청구의  소  2018.11.20  제출  원본과  상위  없음



www.scourt.go.kr



이세연 기자say@kbs.co.kr

기자의 기사 모음

갑  제4호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



# KBS⊙NEWS

- [끈질긴K] "BBQ에서 3천 달러 입금됐는데"…해명 확인해보니
-
  - 입력 2018.11.16 (21:15)
  - 수정 2018.11.16 (22:15)

  뉴스 9



[기자]

KBS는 어제(15일) BBQ 윤홍근 회장 자녀의 수상한 미국생활을 파헤쳤습니다.

의혹 대부분을 부인한 BBQ 측 입장도 함께 전해드렸죠.

오늘(16일) 끈질긴 K는 BBQ의 해명이 과연 앞뒤가 맞는 건지 하나 하나 따져봅니다.

작은 회장님과 아가씨 월 지출 예상 내역서.

윤 회장 자녀의 미국 유학 생활비를 현지 법인 직원 급여에서 처리한다는 서류입니다.

비비큐 측은 이 서류가 비공식 문서고, 가짜라고 주장합니다.

스스로 인정하듯 비공식 문서입니다.

윤 회장과 제보자 둘이 논의한 불법 자금 사용계획이기 때문입니다.

여기에 싸인한 윤 회장.

2~3월부터 시행, 회사비용 처리 등 직접 지시사항을 써 놨습니다.

[제보자/음성변조 : "(다른 기록은) 절대 없습니다. 어차피 매일 통화하는데 저한테 굳이 그걸 문자로..."]

갑 제5호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



윤 회장은 아들 유학 자금은 모두 개인 돈이었다고 주장합니다.

근거도 제시했습니다.

제보자 시티은행 계좌로 매달 정기적으로 돈을 송금했다는 외환송금내역서.

제보자 역시 이 돈을 받은 사실, 인정합니다.

다만 추가로 보낸 돈이라는 겁니다.

[제보자/음성변조 : "(생활비) 추가 비용은 회장이 보내든지 아들이 미국으로 송금을 해서..."]

2010년 5월, 제보자가 작성한 일일 보고, 작은 회장님 반찬부터 과외수업, 운동량까지 보고 돼 있습니다.

과외비와 생필품 구입비 등 구매 내역과 함께, 잔액이 크게 부족하다고 보고합니다.

그리고 얼마 뒤 제보자 계좌로 돈이 들어옵니다.

[제보자/음성변조 : "회사에서 경리 직원이 수표를 끊어가지고 (입금해) 준 적이 있고..."]

2012년 국세청은 비비큐에 대해 세무조사를 벌였는데 회삿돈 일부가 회장 일가의 미국 생활비로 유용된 사실을 확인하기도 했습니다.

끈질긴 K가 확인한 공시자료.

2009년 문을 연 BBQ 미국법인은 2012년부터 공시를 했습니다.

그동안 수익은 못 내고, 매년 순손실이 쌓이다 보니 자본잠식에 빠져 거액의 증자를 하기도 했습니다.

[정선섭/재벌닷컴 대표 : "자본 증자 등을 통해서 자금 수혈을 계속한다는 것은 회계의 불투명성과 자금이 비정상적으로 유용되고 있다는 것을 말해주는 대목입니다."]

그런데 비비큐 측은 매장이 잘 운영돼 윤 회장 아들이 업무를 충실히 수행하고 있다고 밝혀 왔습니다.

[미국 매장 직원/음성변조 : "(윤OO 모르세요?) 저도 잘 모르겠어요. 못 봐가지고. 누군지 제가 정확히...."]

비비큐 측은 미국 현지 직원들이 윤 회장 아들을 모른다고 한 건 본사 지침 때문이라고 밝혔습니다.

하지만 취재팀이 매장을 찾았을 땐 신분을 알리지도 않았고, 본사도 매장 취재사실을 모르는 때였습니다.

BBQ는 또 윤 회장 아들은 출근을 안 해도 일할 수 있는 직책이라고 말합니다.

[미국 법인 관계자/음성변조 : "탄력근무제다 보니까 일주일은 이렇게 일할 수 있고, 다음주는 또 이렇게 일할 수 있고."]

윤 회장 아들이 투자 비자 E2를 받으면서 미국 이민국에 신고한 근로형태는 'Full-time

<div align="center">갑 제5호증</div>

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scout.go.kr

음성출력용바코드

director', 상근이사.

주 40시간 이상 상근하지 않으면 이민법 위반 소지가 있습니다.

[조문경/미국 변호사 : "기업을 운영하는데 정말 꼭 필요한 사람이라는 걸 입증해야 하는데, 예를 들어 아이티기업이다 하면 이 사람이 핵심 기술 보유자여야 (하는거예요)."]

끈질긴 K가 확보한 제보자와 작은 회장님의 메시지 내역.

비비큐에서 3천 달러가 입금됐는데, 작은 회장님, 무슨 돈인지를 모릅니다.

제보자가 생활비, 용돈이라고 답하자 벌써 들어왔냐고 반문하면서, 25일에 들어오게 해달라고 부탁했다고 말합니다.

메시지를 주고 받은 때는 2016년 9월.

작은 회장님이 미국 비비큐 필수 직원이라며 투자 비자를 받아 상근이사로 충실히 재직한다던 때였습니다.

끈질긴 K, 이세연입니다.



이세연 기자say@kbs.co.kr

기자의 기사 모음

갑 제5호증

서울남부지법  2018가합113738  정정보도등  청구의  소  2018.11.20  제출  원본과  상위  없음


www.scourt.go.kr
음성출력용바코드

# 갑  제5호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



## KBS ● NEWS

- [자막뉴스] "비비큐에서 3천 달러 입금됐는데"...BBQ 해명 확인해보니
-
    ◦ 입력 2018.11.16 (22:39)
자막뉴스



작은 회장님과 아가씨 월 지출 예상 내역서,

윤 회장 자녀의 미국 유학 생활비를 현지 법인 직원 급여에서 처리한다는 서류입니다.

비비큐 측은 이 서류가 비공식 문서고, 가짜라고 주장합니다.

스스로 인정하듯 비공식 문서입니다.

윤 회장과 제보자 둘이 논의한 불법 자금 사용계획이기 때문입니다.

여기에 사인한 윤 회장, 2, 3월부터 시행, 회사비용 처리 등 직접 지시사항을 써 놨습니다.

윤 회장은 아들 유학 자금은 모두 개인 돈이었다고 주장합니다.

근거도 제시했습니다.

제보자 시티은행 계좌로 매달 정기적으로 돈을 송금했다는 외환송금내역서....

제보자 역시 이 돈을 받은 사실, 인정합니다.

다만 추가로 보낸 돈이라는 겁니다.

2010년 5월, 제보자가 작성한 일일 보고, 작은 회장님 반찬부터 과외수업, 운동량까지 보고
돼 있습니다.

과외비와 생필품 구입비 등 구매 내역과 함께, 잔액이 크게 부족하다고 보고합니다.

갑 제6호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scout.go.kr

증장출력용바코드

그리고 얼마 뒤 제보자 계좌로 돈이 들어옵니다.

2012년 국세청은 비비큐에 대해 세무조사를 벌였는데 회삿돈 일부가 회장 일가의 미국 생활비로 유용된 사실을 확인하기도 했습니다.

끈질긴 K가 확인한 공시자료.

2009년 문을 연 BBQ 미국법인은 2012년부터 공시를 했습니다.

그동안 수익은 못 내고, 매년 순손실이 쌓이다 보니 자본잠식에 빠져 거액의 증자를 하기도 했습니다.

그런데 비비큐 측은 매장이 잘 운영돼 윤 회장 아들이 업무를 충실히 수행하고 있다고 밝혀 왔습니다.

비비큐 측은 미국 현지 직원들이 윤 회장 아들을 모른다고 한 건 본사 지침 때문이라고 밝혔 습니다.

하지만 취재팀이 매장을 찾았을 땐 신분을 알리지도 않았고, 본사도 매장 취재사실을 모르 는 때였습니다.

BBQ는 또 윤 회장 아들은 출근을 안 해도 일할 수 있는 직책이라고 말합니다.

윤 회장 아들이 투자 비자 E2를 받으면서 미국 이민국에 신고한 근로형태는 'Full-time director', 상근이사.

주 40시간 이상 상근하지 않으면 이민법 위반 소지가 있습니다.

끈질긴 K가 확보한 제보자와 작은 회장님의 메시지 내역,

비비큐에서 3000달러가 입금됐는데... 작은 회장님, 무슨 돈인지를 모릅니다.

제보자가 생활비, 용돈이라고 답하자 벌써 들어왔느냐고 반문하면서 25일에 들어오게 해달 라고 부탁했다고 말합니다.

메시지를 주고받은 때는 2016년 9월, 작은 회장님이 미국 비비큐 필수 직원이라며 투자 비 자를 받아 상근이사로 충실히 재직한다던 때였습니다.

끈질긴 K, 이세연입니다.

갑 제6호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음



www.scourt.go.kr



이세연 기자 say@kbs.co.kr

기자의 기사 모음

갑 제6호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음





# 서 울 남 부 지 방 법 원

## 제 5 1 민 사 부

## 결         정

| | |
|---|---|
| 사       건 | 2018카합20527  방송금지 가처분 |
| 채  권  자 | 1. 주식회사 제너시스비비큐 |

　　　　　　　　　서울 송파구 중대로 64(문정동)

　　　　　　　　　공동대표이사 윤경주, 윤학종

　　　　　　　　2. 윤홍근

　　　　　　　　3. 윤혜웅

　　　　　　　　　채권자 2, 3의 주소  성남시 수정구 설개로 49(시흥동)

　　　　　　　채권자들 소송대리인 법무법인 세종

　　　　　　　　　　　　　　　담당변호사 임상혁, 송재섭, 방세희, 이상윤

채  무  자　　　　한국방송공사

　　　　　　　서울 영등포구 여의공원로 13(여의도동)

　　　　　　　대표자 사장 양승동

　　　　　　　소송대리인 변호사 신재은

## 주         문

1. 채무자는 별지 1. 인용목록 기재 프로그램을 매일 21:00 방송되는 'KBS 뉴스 9' 등

갑 제7호증

Case 1:19-cv-10278-PBS   Document 6-2   Filed 05/13/19   Page 97 of 108





의 프로그램으로 방송하거나 그러한 내용의 방송 프로그램을 재방송, 광고, 판매하

거나 인터넷 등에 게시하여서는 아니 된다.

2. 채무자가 제1항 기재 명령을 위반할 경우 채무자는 각 채권자에게 위반행위 1회당

20,000,000원씩을 지급하라.

3. 채권자들의 각 나머지 신청을 모두 기각한다.

4. 소송비용 중 4분의 3은 채권자들이, 나머지는 채무자가 각 부담한다.


## 신 청 취 지

(1) 채무자는 별지 2. 신청목록 기재 내용을 포함한 프로그램을 매일 21:00에 방송되는

'KBS뉴스' 등의 프로그램(이하 '이 사건 방송'이라고 한다)으로 방송, 재방송, 광고, 판

매하거나 인터넷 등에 게시하여서는 아니 된다. (2) 채무자가 제1항 기재 명령을 위반

할 경우 채무자는 각 채권자에게 위반행위 1건당 10억 원씩을 지급하라.


## 이 유

1. 채권자들의 신청을 일부 받아들이는 부분

   가. 별지 2. 신청목록 제1항 중 '□오프닝 멘트'의 "거액의 회사 돈으로 자녀들 유학

비용을 충당했다는 것" 부분, 같은 별지 제1항 중 '□기자 리포트'의 "'비비큐 윤홍근

회장의 아들, 딸 유학생활비 내역서 스케치'부터 '아들이 타고 다니던 고급차도 계약서

류 확인. 비비큐 미국 법인 명의'까지의" 부분 및 같은 별지 제3항 중 "채권자 윤혜웅

은 2008년경부터 유학생활을 하였는데 당시 미국 법인(BBDOTQ USA)에서 업무를 수

행하던 자가 채권자 윤혜웅을 돌보아 주었고, 채권자 주식회사 제너시스비비큐는 미국

갑 제7호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음





법인(BBDOTQ USA)의 당해 사람에게 채권자 윤혜웅의 유학비용을 지급하여 왔다. 이처럼 채권자 주식회사 제너시스비비큐 또는 미국 법인(BBDOTQ USA)가 편법적인 방법으로 채권자 윤혜웅의 유학자금을 조달하였다"는 부분에 관하여

　1) 이 사건 기록 및 심문 전체의 취지에 의하면 아래 사실이 소명된다.

　가) 채무자가 별지 2. 신청목록 제1항, 제2항의 위 해당 부분 기재와 같이 제기하는 의혹의 상당 부분은 제보자의 진술을 주요 근거로 삼고 있어서 제보자의 진술과 제보자가 제출한 자료의 신빙성이 의혹의 진위를 판단하는 데 적지 않은 영향을 미친다. 제보자는 BBDOTQ USA(비비닷큐, 이하 '미국 법인'이라고 한다)에 근무하면서 채권자 윤혜웅의 유학생활을 뒷바라지 하는 등 채권자 윤혜웅의 유학자금의 출처 등을 잘 알 수 있는 지위에 있었던 것으로 보인다. 또한 '작은회장님, 아가씨 월지출 예상내역서' (소을 제1호증)의 회장 결재 서명, 수기로 기재된 '1. 품의 ○과장 U$ 10,000(6,000) U$ 7,000(4,000)', '2, 3월부터 시행 (서명)', 'OK', '회사비용' 부분 등을 채권자 윤홍근이 작성한 것으로 볼 만한 소명자료도 있고(소을 제2호증 감정서 참조), 제보자 명의의 JPMorgan Chase 은행 계좌에 입금된 돈(PPD ID: 2943345425)이 미국 법인으로부터 지급받은 것으로 보이기도 한다.

　나) 그러나 채권자들이 제출한 자료(각 외환송금내역, 소갑 제18호증 내지 제29호증, 제40호증 내지 제43호증, 제54호증)에 의하면, 채권자 윤홍근, 윤혜웅 명의의 계좌에서 제보자의 시티은행 계좌로 2011. 1.경부터 2016. 6.경까지 매월 약 4,000달러에서 10,000달러 가량의 돈이 정기적으로 송금되었고, 2016. 7.경 이후 현재까지 채권자 윤혜웅 명의의 계좌에서 채권자 윤혜웅의 다른 계좌로 매월 10,000달러 이상의 돈이 정기적으로 송금되었으며, 채권자 윤혜웅의 학비는 학교 계좌로 직접 송금된 사실도 확

갑 제7호증

Case 1:19-cv-10278-PBS  Document 6-2  Filed 05/13/19  Page 99 of 108





인된다.

    다) 나아가 채무자가 채권자 측과 인터뷰를 한 경위와 시기, 질문과 답변의 내용 등에다가 채권자들은 이 사건 가처분을 신청할 때까지 방송 내용을 제대로 알지 못하고 있었던 점 등에 비추어 보면, 채무자가 일방적인 취재의 일환으로 채권자 측을 찾아갔거나 뒤늦게 이를 알게 된 채권자 측이 채무자를 방문하였던 것으로 보이고, 제보자의 주장을 기초로 한 의혹 내용을 채권자들에게 알려주면서 이를 해명하거나 의견을 제출할 기회를 제대로 제공하였다고 보기 어렵다. 그로 인하여 채무자는 채권자들이 이 사건 가처분 신청 이후 제출한 채권자 윤홍근, 윤혜웅 명의의 계좌에서 제보자의 시티은행 계좌 등으로 정기적으로 국외 송금된, 학비를 포함한 유학자금의 출처에 관하여 충분히 파악하지 못하였을 개연성이 있다.

    라) 한편 채권자 윤홍근, 윤혜웅 명의의 계좌에서 제보자의 시티은행 계좌로 정기적으로 송금된 돈이 채권자 윤혜웅의 유학비용으로 사용되지 아니하고 은닉되었거나 다른 용도로 사용되는 바람에 미국 법인이 제보자에게 급여 명목으로 지급한 돈을 채권자 윤혜웅의 유학비용으로 사용하였다거나 혹은 위와 같이 송금된 돈으로는 채권자 윤혜웅의 유학비용을 충당하기에 턱없이 부족하여 미국 법인이 제보자에게 급여 명목으로 지급한 돈까지 채권자 윤혜웅의 유학비용으로 대부분 사용되었다는 등의 특별한 사정이 없는 한 채권자 윤홍근, 윤혜웅 명의의 계좌에서 제보자의 시티은행 계좌 등으로 국외 송금된 돈은 채권자 윤혜웅의 유학비용으로 사용되었을 것으로 보이고, 제보자 명의의 JPMorgan Chase 은행 계좌에서 출금된 돈이 채권자 윤혜웅의 유학비용으로 그대로 사용되었음을 뒷받침할 만한 구체적인 또는 객관적인 증거는 제출되지 아니하였다.

Case 1:19-cv-10278-PBS Document 6-2 Filed 05/13/19 Page 100 of 108




2) 위 소명사실을 통하여 알 수 있는 다음과 같은 사정, 즉 ① 제보자의 시티은행 미국 계좌로 매월 정기적으로 국외 송금된 돈을 비롯하여 상당한 액수의 유학자금 출처가 객관적인 증빙자료에 의하여 확인된 점, ② 반면 제보자가 채권자 윤혜웅의 유학자금 출처로 밝힌 것으로 보이는 자신의 JPMorgan Chase 은행 계좌에서 출금된 돈의 사용처에 관하여는 제보자의 진술 외에 이를 뒷받침할 만한 충분한 자료가 확인되거나 제출되지 아니한 점에 비추어 보면, 달리 특별한 사정이 없는 한 적어도 '작은회장님, 아가씨 월지출 예상내역서'(소을 제1호증)에 나타난 채권자 윤혜웅의 유학자금의 출처 중 채권자 윤홍근, 윤혜웅으로부터 제보자의 시티은행 미국 계좌로 매월 정기적으로 송금된 액수에 상당한 부분은 채권자들의 주장과 같이 채권자 주식회사 제너시스비비 큐(이하 '채권자 회사'라고 한다)나 미국 법인의 돈이 아닌 채권자 윤홍근, 윤혜웅의 돈 으로 충당되었을 개연성이 높다.

3) 결국 채무자가 별지 2. 신청목록 제1항 '□오프닝 멘트'의 "거액의 회사 돈으로 자녀들 유학비용을 충당했다는 것" 부분, 같은 별지 제1항 '□기자 리포트'의 "'비비큐 윤홍근 회장의 아들, 딸 유학생활비 내역서 스케치'부터 '아들이 타고 다니던 고급차도 계약서류 확인. 비비큐 미국 법인 명의'까지의" 부분 및 같은 별지 제3항의 "채권자 윤 혜웅은 2008년경부터 유학생활을 하였는데 당시 미국 법인에서 업무를 수행하던 자가 채권자 윤혜웅을 돌보아 주었고, 채권자 회사는 미국 법인의 당해 사람에게 채권자 윤 혜웅의 유학비용을 지급하여 왔다. 이처럼 채권자 회사 또는 미국 법인이 편법적인 방 법으로 채권자 윤혜웅의 유학자금을 조달하였다"는 부분 기재와 같이 채권자 회사 또 는 미국 법인의 돈으로 채권자 윤혜웅의 유학비용을 충당하였다는 의혹을 제기함에 있 어서 채권자 윤홍근, 윤혜웅의 돈으로 충당된 유학비용도 상당 부분 객관적인 증빙자

갑 제7호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음





료에 의하여 확인된다는 점을 함께 언급하지 아니한 채 이 사건 방송과 같은 내용이 그대로 보도될 경우 채권자들은 쉽게 회복할 수 없는 명예와 신용상의 불이익을 입을 것으로 보인다. 따라서 채권자들의 신청 중 위 각 방송 내용과 관련하여 별지 1. 인용목록 기재와 같은 내용의 방송 등의 금지를 구하는 부분은 그 피보전권리 및 보전의 필요성이 소명된다.

나. 간접강제 신청 부분에 관하여

채무자가 이 사건 가처분 결정에도 불구하고 주문 제1항 기재 명령을 위반할 개연성을 배제할 수 없으므로 가처분 결정의 실효성을 보장하기 위하여 간접강제를 명하기로 하되 간접강제 금액은 채권자들이 이 사건 가처분 신청에 이르게 된 경위, 채무자의 태도 및 위반가능성 등 이 사건 기록 및 심문 전체의 취지에 나타나는 여러 사정을 고려하여 주문 제2항 기재와 같이 정한다.

2. 채권자들의 신청을 받아들이지 않는 부분

가. 별지 2. 신청목록 제2항 중 "채권자 윤혜웅이 2016년경 미국 뉴저지에서 E2 비자를 취득하는 과정에서 부당한 방법으로 투자금을 지원받았다"는 부분에 관하여

채무자가 제출한 방송 대본(2018. 11. 14.자 준비서면 및 별지 2. 신청목록 제1항 참조)에 의하면, 채권자 윤혜웅이 2016년경 미국 뉴저지에서 E2 비자를 취득하는 과정에서 부당한 방법으로 투자금을 지원받았다는 내용은 채무자가 이 사건 방송을 통해서 방영하려는 내용에 해당하지 않는다. 따라서 이 부분의 방송 등 금지를 구하는 채권자들의 신청은 그 피보전권리 및 보전의 필요성이 소명되지 아니하므로 이를 받아들일 수 없다.

나. 별지 1. 신청목록의 나머지 부분, 별지 2. 신청목록 제2항 중 "채권자 윤혜웅은

갑 제7호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음




E2 비자를 신청하면서 자신의 직책 및 업무를 'Full-time director'로 소명하였는데, 실제로 미국 법인에서 근무를 하지 않았고, 만일 근무를 하였다고 하더라도 보스턴과 맨해튼 등 뉴저지 외의 지역에서 하였으며, 이로써 이민법을 위반하였다"는 부분 및 같은 별지 제3항 중 "채권자 윤혜웅은 2016. 8. 1.부터 2017. 7. 31.까지 미국 법인으로부터 매달 약 미화 6,000달러를 지급받았는데, 이는 사실상 유학생활에 필요한 비용을 지급한 것이다"는 부분에 관하여

채무자의 이 사건 방송 목적과 내용, 준비 중인 방송의 방식, 채무자가 제기하는 의혹의 내용 및 이에 관하여 채무자가 나름대로 수집한 근거자료의 내용과 정도와 채권자 윤혜웅의 학력·경력·나이·능력 및 전공, 채권자 윤혜웅이 미국 법인에서 담당하기로 근로계약을 체결한 직위 및 급여의 정도, 미국 법인 소재지와 채권자 윤혜웅이 재학 중인 학교의 소재지의 물리적인 거리 등 이 사건 기록 및 심문 전체의 취지에 나타난 여러 사정에 비추어 보면, 채권자들이 제출한 자료만으로는 이 사건 방송 중 별지 2. 신청목록 제1항의 나머지 부분, 별지 2. 신청목록 제2항의 "채권자 윤혜웅은 E2 비자를 신청하면서 자신의 직책 및 업무를 'Full-time director'로 소명하였는데, 실제로 미국 법인에서 근무를 하지 않았고, 만일 근무를 하였다고 하더라도 보스턴과 맨해튼 등 뉴저지 외의 지역에서 하였으며, 이로써 이민법을 위반하였다(또는 이민법을 위반한 소지가 있다는 취지를 포함한다)"는 부분 및 같은 별지 제3항 중 "채권자 윤혜웅은 2016. 8. 1.부터 2017. 7. 31.까지 미국 법인으로부터 매달 약 미화 6,000달러를 지급받았는데, 이는 사실상 유학생활에 필요한 비용을 지급한 것이다"는 부분은 상당한 근거를 갖춘 합리적인 의혹제기가 가능한 범위 내에 있는 것으로 보이고 달리 그 표현내용이 진실이 아니라거나 그것이 공공의 이해에 관한 사항으로서 그 목적이 오로지 공공

갑 제7호증

Case 1:19-cv-10278-PBS  Document 6-2  Filed 05/13/19  Page 103 of 108





의 이익을 위한 것이 아니라고 보기 어려우므로 이 부분의 방송 등 금지를 구하는 채

권자들의 신청은 그 피보전권리에 대한 소명이 부족하여 받아들이지 아니한다.

3. 결론

채권자들의 신청은 위 인정범위 내에서 이유 있으므로 이를 받아들이고, 각 나머지

신청은 이유 없으므로 이를 모두 기각하기로 하여 주문과 같이 결정한다.


2018. 11. 15.



재 판 장    판    사    김  도  형

판    사    박  강  민

판    사    백  승  준

갑  제7호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음





별지 1.

# 인 용 목 록

아래와 같은 내용의 채권자들의 입장이나 해명을 소개·반영하지 아니한 채, 별지 2. 신청목록 제1항 '□오프닝 멘트'의 "거액의 회사 돈으로 자녀들 유학비용을 충당했다는 것" 부분과 같은 별지 제1항 '□기자 리포트'의 "'비비큐 윤홍근 회장의 아들, 딸 유학 생활비 내역서 스케치'부터 '아들이 타고 다니던 고급차도 계약서류 확인. 비비큐 미국 법인 명의'까지의" 부분을 그대로 방송하거나 "채권자 윤혜웅은 2008년경부터 유학생 활을 하였는데 당시 미국 법인에서 업무를 수행하던 자가 채권자 윤혜웅을 돌보아 주 었고, 채권자 회사는 미국 법인의 당해 사람에게 채권자 윤혜웅의 유학비용을 지급하 여 왔다. 이처럼 채권자 회사 또는 미국 법인이 편법적인 방법으로 채권자 윤혜웅의 유학자금을 조달하였다."고 방송하는 내용

○ 채권자 회사 또는 미국 법인의 돈으로 채권자 윤혜웅의 유학자금을 조달하였다
  는 의혹과 관련하여 반영할 필요가 있는 채권자들의 입장 등

  가. 채권자들은 외환송금내역서 등을 제시하면서 '채권자 윤홍근, 윤혜웅이 제보자의 시
     티은행 계좌로 매월 정기적으로 돈을 송금하여 채권자 윤혜웅의 유학자금을 충당하
     였다'고 해명한다.

  나. 채권자들이 해명자료로 제시한 외환송금내역서 등 객관적인 자료의 일부를 위 가.항
     기재 채권자들의 해명내용과 함께 소개한다.

갑 제7호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음





별지 2.

# 신 청 목 록

1. 채무자가 'BBQ 작은 회장님의 수상한 미국 생활(가제)'로 제출한 아래와 같은 방송
   대본의 내용

   제목 : BBQ '작은 회장님'의 수상한 미국 생활(가제)

   ❑ 오프닝 멘트

   지난 9월, 제보가 접수됐다...
   자수성가한 중견기업 대표가
   거액의 회삿돈으로 자녀들 미국 유학 비용을 충당했다는 것.
   한국 프렌차이즈의 살아있는 성공신화,
   BBQ 윤홍근 회장 얘기...  끈질긴 K가 확인해본다...
   ================================================

   ❑ 기자 리포트

   비비큐 윤홍근 회장의아들, 딸 미국 유학 생활비 내역서 스케치...
   17,000달러, 우리 돈 2천만 원.
   비비큐 미국 법인 직원 급여에서 처리하겠다는 내용
   필적 감정. 결재란의 윤 회장 싸인과 다른 비비큐 내부 문서와 비교

   <감정인 인터뷰>
   "동일인의 필적일 가능성이 매우 높은..."
   ================================================

   제보자를 만나러 미국행.
   윤 회장 아들이 초등학생 때부터 같은 집에 살면서 제보자가 돌봐줘.
   윤 회장의 아들이 2년 동안 살았던 집 찾아감... 임대료는 월 550만 원.
   아들이 타고 다니던 고급차도 계약 서류 확인.
   비비큐 미국 법인 명의

   <제보자 인터뷰 내용>
   불법인 거 알고 있었지만, 처자식 있는 상황에서 어쩔 수 없는 선택
   ================================================

   윤 회장 아들이 입학했다는 하버드대학 확인 취재.
   학부가 아닌 익스텐션 스쿨. 학생 비자를 내주지 않는 평생교육원 개념.

갑 제7호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음




<하버드대학교 관계자 인터뷰>
-비자 어떻게 지원하느냐.
=학기 중연 학생 비자 지원 안한다.

윤 씨의 비자 서류 스케치.
미국 비비큐의 연봉 6만 달러 상근직 이사...
E2(투자 비자) 신청.
비자 요청 사유는 윤 씨가 필수 직원이라는 것.
상근이사로 돼 있는 뉴저지 미국법인 본사 확인 취재.

<미국법인 관계자 녹취 내용>
-직원 몇명이냐. 주재원 많냐.
=주재원은 한명. 나머지는 현지 고용.

미국 취재가 한창일 때 비비큐 측이 반론권 차원에서 서울 KBS 방문.

<비비큐 관계자 녹취 내용>
=보스턴 직영 매장에서 점장, 쉐프
관리하는 역할 한다.

<미국 이민법 전문 변호사 인터뷰>
=뉴저지에 기업이 있고 5시간 떨어진
보스턴에 가서 계속 산다, 그건 이상하다.
이민법 위반 소지가 있다.

보스턴 매장 확인 취재.
2016년 7월 7일 오픈(윤 씨가 하버드 평생교육원 입학하기 두 달 전 시점)
반나절 기다리고 다음날 다시 찾았지만 윤 씨 볼 수 없어.
전화번호 확보해 확인 전화.
-KBS 기자다. 출근 안하더라. 뉴저지 직원으로 비자 받았는데 왜 보스턴?
=나중에 제대로 얘기하겠다
==================================================

갑 제7호증

서울남부지법  2018가합113738  정정보도등  청구의 소  2018.11.20  제출  원본과  상위  없음





비비큐 측 해명...

1. 아들 학비와 생활비 등 유학비용은 모두 윤 회장 또는 아들 돈으로 충당.
2. 업무 특성상 매장 직원들이 앤런 윤의 존재를 모를 수도 있다.
3. 직원들이 윤 회장 아들을 모른다고 한 것은 본사 지침에 따른 것.
4. 윤 회장 아들은 출근하지 않아도 업무를 수행할 수 있는 직책이다.
5. 매장이 잘 운영되고 있어 업무를 충실하게 수행하는 것으로 판단.

윤 회장에게 직접 해명을 듣고 반론권 주는 차원에서
11.07 오전 출근길 인터뷰 시도.

- 회장님 아드님 관련해서 여쭤본다
=....
-회삿돈으로 생활비 대셨나? 대답해달라
=카메라 밀치고 도망치듯...

클로징

2. 채권자 윤혜웅은 2016년 경 미국 뉴저지에서 E2 비자를 취득하였는데, 그 과정에서
부당한 방법으로 투자금을 지원받았다. 채권자 윤혜웅은 E2 비자를 신청하면서 자
신의 직책 및 업무를 'Full-time director'로 소명하였는데, 실제로 미국 법인에서 근
무를 하지 않았고, 만일 근무를 하였다고 하더라도 보스턴과 맨해튼 등 뉴저지 외의
지역에서 하였으며, 이로써 이민법을 위반하였다.

3. 채권자 윤혜웅은 2016. 8. 1.부터 2017. 7. 31.까지 미국 법인으로부터 매달 약 미화
6,000달러를 지급받았는데, 이는 사실상 유학생활에 필요한 비용을 지급한 것이다.
채권자 윤혜웅은 2008년경부터 유학생활을 하였는데 당시 미국 법인에서 업무를 수
행하던 자가 채권자 윤혜웅을 돌보아 주었고, 채권자 회사는 미국 법인의 당해 사람
에게 채권자 윤혜웅의 유학비용을 지급하여 왔다. 이처럼 채권자 회사 또는 미국 법
인이 편법적인 방법으로 채권자 윤혜웅의 유학자금을 조달하였다. 끝.

갑  제7호증

서울남부지법 2018가합113738 정정보도등 청구의 소 2018.11.20 제출 원본과 상위 없음




# 정본입니다.

2018.11.15

서울남부지방법원

법원주사보  김시일       

※ 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급번호조회 메뉴를
이용하거나, 담당 재판부에 대한 문의를 통하여 이 문서 하단에 표시된
발급번호를 조회하시면, 문서의 위,변조 여부를 확인하실 수 있습니다.

갑  제7호증