**Exhibit C**

# GLOBAL NETWORK

## Growth of KBS World Global Network

As of Dec, 2018

## KBS World Viewer by Continents

(Dec 2018)

| Area | Country | Households |
|---|---|---|
| Major Foothold Country | USA | 8,430,000 |
| | Japan | 4,430,000 |
| | China | APSTAR-6 (Hotel, Foriegn Residence) |
| Asia (include Japan) | 17 Countries | 19,700,000 |
| Europe / CIS | 49 Countries | 17,200,000 |
| Arab / Africa | 41 Countries | 57,4000,000 |
| North, Middle & South America (include USA) | 7 Countries | 8,500,000 |
| Oceania | 6 Countries | 10,000 |
| Total | 120 Countries | 102,810,000 |

* Hotel - 46 Countries 1,705 Hotels



# GROWING NETWORK & PLATFORM

**Growth of KBS World Global Network**

Since it's launch in 2003, KBS World has been expanding its global network. KBS World is now recognised as Asia's top family entertainment channel and is available in 120 countries throughout the world.



## ASIA PARTNERS
IS 19 (HD)

Japan · J:COM
Hong Kong · now
Macau
Vietnam · VTV
Thailand · true visions
Philippines · Cignal
Singapore · Singtel · StarHub
Malaysia · astro
Indonesia · TRANSVISION

## USA PARTNERS
Galaxy-18R (HD)

- Seattle — Comcast
- Hawaii — Time Warner Cable
- San Francisco — Comcast
- Los Angeles — Time Warner Cable, KXLA-44
- Toronto — ROGERS
- Chicago — Comcast
- New York — Time Warner Cable
- Washington D.C. — COX
- Atlanta — Charter

## EURO PARTNERS
Hotbird-13C (HD)

Estonia · STV
Latvija · Elion
Poland · nc+
Russia
UK
Netherlands · canal digitaal
Belgium · VLAANDEREN
Luxembourg
Germany · T-
France · orange
Austria
Slovakia · T-
Romania · upc
Portugal
Andorra · Bis
Monaco
Turkey · TURKSAT
Greece

- Basic
- Premium
- Digital Terrestrial Broadcasting

### Japanese Network

| Platform | Company | Households | Note |
|---|---|---|---|
| Cable | J:COM and 58 Companies | 3,141,900 | Entered Japan Major Cable TV |
| Satellite | SkyPerfec Tv (DTH) | 424,600 | Broadcasting Entered the whole Japan area |
| IPTV | NTT, KDDI, Softbank | 870,100 | Entered Japan 3 Major IPTV |
| Total | | 4,436,600 | |

### Chinese Network

| Platform | Area | Entered Hotel | Viewer Rooms |
|---|---|---|---|
| Satellite (APSTAR6) | Beijing | Hotel 40, etc 16 | 17,483 |
| | Shanghai | Hotel 17, etc 9 | 7,839 |
| | Shandong Peninsula | 50 | 12,456 |
| | Liaoning | 92 | 22,681 |
| | other | 258 | 79,146 |
| Total | | 482 | 139,605 |

### KBS World Global Major Partners

| Country | Platform | Channel# | Country | Platform | Channel# |
|---|---|---|---|---|---|
| Japan | J:COM | Ch 756 | USA | DIRECTV | Ch 2082 |
| | SkyPerfecTV! | Ch 791 | | TIME WARNER CABLE | Ch 159 |
| Singapore | Singtel | Ch 523, 606 | France | orange | Ch 545 |
| | StarHub | Ch 115 | Turkey | TURKSAT | Ch 84 |
| Malaysia | astro | Ch 391 | Poland | nc+ | Ch 143 |
| Thailand | true visions | Ch 143 | UAE | etisalat | Ch 872 |
| Indonesia | TRANSVISION | Ch 323 | Brazil | GVT | Ch 145 |
| Philippines | Cignal | Ch 170 | Vietnam | VTV | Ch 34 |
| | SKYCABLE | Ch 75 | Hong Kong | now | Ch 156 |
| Macau | | Ch 180 | Australia | fetch tv | Ch 827 |

KBS Youtube Subscribes


**KBS World TV**
10,116,583 subscribers • 35,371 videos
KBS World is a television channel for international audiences provided by the Korean Broadcasting System (KBS). It's your ...
SUBSCRIBE 10M


**KBS News**
418,925 subscribers • 83,736 videos
언제 어디서나 독보적인 신뢰의 기준 KBS 뉴스.
SUBSCRIBE 418K


**KBSEntertain**
3,107,653 subscribers • 78,103 videos
소통과 신뢰를 바탕으로 대한민국 방송을 이끌어 온 KBS는 공영방송만의 고품격 콘텐츠를 전해드리며, 가장 신뢰받는 미디어 1위, ...
SUBSCRIBE 3.1M


**KBS 안테나**
760,199 subscribers • 6,768 videos
SUBSCRIBE 760K


**KBS KONG**
422,587 subscribers • 5,131 videos
SUBSCRIBE 422K


**KBS WORLD Radio**
70,517 subscribers • 2,411 videos
KBS World Radio's official Youtube Channel provides you with a selection of programs that will help you stay connected with the ...
SUBSCRIBE 70K


**KBS Drama Special - Topic**
1,219 subscribers
Unexpected-life Drama Specials is a TV program. This channel was generated automatically by YouTube's video discovery system.
SUBSCRIBE 1.2K


**KBSWORLD 24 On-Air**
KBS World 24 serves 7 million Koreans abroad! KBS World 24 channel provides high quality KBS contents selected from our ...
SUBSCRIBE


**KBS News English**
15,404 subscribers • 261 videos
Welcome to the official account for KBS News English! We deliver to you the most important and recent Hallyu news on celebrities, ...
SUBSCRIBE 15K

# 1 The Status of Overseas Korean

(Count: 1person)

| Country | | Year 2011 | 2013 | 2015 | 2017 | Percent(%) | Rate of Change(%) |
|---|---|---|---|---|---|---|---|
| Total | | 7,175,654 | 7,012,917 | 7,184,872 | 7,430,688 | 100 | 3.42 |
| Northeastern Asia | Japan | 913,097 | 893,129 | 855,725 | 818,626 | 11.02 | -4.34 |
| | China | 2,704,994 | 2,573,928 | 2,585,993 | 2,548,030 | 34.29 | -1.47 |
| | Sub Total | 3,618,091 | 3,467,057 | 3,441,718 | 3,366,656 | 45.31 | -2.18 |
| Pacific Southern Asia | | 453,420 | 485,836 | 510,633 | 557,791 | 7.51 | 9.24 |
| North America | U.S.A. | 2,075,590 | 2,091,432 | 2,238,989 | 2,492,252 | 33.54 | 11.31 |
| | Canada | 231,492 | 205,993 | 224,054 | 240,942 | 3.24 | 7.54 |
| | Sub Total | 2,307,082 | 2,297,425 | 2,463,043 | 2,733,194 | 36.78 | 10.97 |
| Central and South America | | 112,980 | 111,156 | 105,243 | 106,794 | 1.44 | 1.47 |
| Europe | | 656,707 | 615,847 | 627,089 | 630,693 | 8.49 | 0.57 |
| Africa | | 11,072 | 10,548 | 11,583 | 10,853 | 0.15 | -6.30 |
| Middle East | | 16,302 | 25,048 | 25,563 | 24,707 | 0.33 | -3.35 |