서울시 서초구 서초대로 396, 20층
(서초동, 강남빌딩)
[별지 제41호서식]

 공증인가 법무법인(유한) 정 진

(전화) 1666-0725
(팩스) 02-593-3556

Registered No.   2019 -   709

# NOTARIAL CERTIFICATE



## JUNG JIN LAW LLC
## AND NOTARY OFFICE

20F, 396, Seocho-daero, Seocho-gu, Seoul
(Seochodong, Gangnam Bldg)

210mm X 297mm
보존용지(1종) 70g/㎡

Jin-Woo Lee - Korean Bar Registration Number 6809
wasp71@nate.com
Law firm Dyle
201, Baekseok Building
122, Hakdong-ro, Gangnam-gu, Seoul 06111, Korea
Telephone(82) 2-501-3338
Fax(82)2-501-3318



# AFFIDAVIT OF JIN-WOO LEE

I. Jin-woo Lee, affidavit as follows.

1. I am an active member of the Korean Bar Association and representative of Dyle, a law firm in the Republic of Korea. Except for those matters stated on information and belief, I make this affidavit based upon personal knowledge.

2. Records of phone call could be restrictively admissible as evidence in the Republic of Korea. Article 14(1) of the PROTECTION OF COMMUNICATIONS SECRETS ACT provides that "No person shall record a conversation <u>between others</u> that is not open to the public or listen to it through the employment of electronic or mechanical devices." Accordingly the Supreme Court received the recording tape without the consent of <u>either party in the conversation</u> as admissible evidence (Supreme Court Decision 97Do240 Decided March 28, 1997). So in the Republic of Korea, it is legal for a party with a phone call to record a conversation.

I declare that the foregoing is true and correct, and that I executed this declaration on May 29, 2019, at Seoul, Republic of Korea.

_(signature)_

Jin-woo Lee

710626-1533215

서울 강남구 학동로 122, 201호(논현동, 백석 B/D)

서울시 서초구 서초대로 396, 20층
(서초동, 강남빌딩)
[별지 제42호서식]



공증인가 법무법인(유한) 정 진

(전화) 1666-0725
(팩스) 02-593-3556

| | |
|---|---|
| 등부 2019 년   제 709호 | Registered No. 2019-709 |

## 인 증

## NOTARIAL CERTIFICATE

위 이진우의 진술서—————————

에 기재된 이진우——————————

————————————————

————————————————

는 본 공증인의 면전에서 위 사서증서에
자기가 서명 – 한 것임을 자인하였다.

Jin-woo Lee———————————

————————————————

————————————————

————————————————

personally appeared before me and
admitted his(her) subscription to the
attached   AFFIDAVIT OF JIN-WOO LEE.

————————————————

————————————————

2019년 05월 29일
   이 사무소에서 위 인증한다.

This is hereby attested on this
29th day of May 2019 at this office.

공증사무소 명칭
   **법무법인(유한) 정진**

소 속
   서울중앙지방검찰청

소재지표시
   서울시 서초구 서초대로 396, 20층
   (서초동, 강남빌딩)

Name of the office
   JUNG JIN LAW LLC
   AND NOTARY OFFICE

Belong to   Seoul Central
                  District Prosecutor's Office

Address of the office
   20F,396, Seocho-daero, Seocho-gu, Seoul
   (Seochodong, Gangnam Bldg)

공증인 공증담당변호사
   김 명 식

Signature of the Notary Public
   KIM MYEUNG SIK

본 사무소는 인가번호 제19호에 의거하여
2010년 02월 02일 법무부 장관으로부터
공증인 업무를 행할 것을 인가 받았다.

This office has been authorized by the
Minister of Justice, the Republic of
Korea, to act as Notary Public Since
Feb. 2, 2010 Under Law No.19.

210mm X 297mm
보존용지(1종) 70g/㎡