# Exhibit E

CHAPTER XXXIII CRIMES AGAINST REPUTATION

**Article 307 (Defamation)** (1) A person who defames another by publicly alleging facts shall be punished by imprisonment or imprisonment without prison labor for not more than two years or by a fine not exceeding five million won. <Amended by Act No. 5057, Dec. 29, 1995>

(2) A person who defames another by publicly alleging false facts shall be punished by imprisonment for not more than five years, suspension of qualifications for not

more than ten years, or a fine not exceeding ten million won. <Amended by Act No. 5057, Dec. 29, 1995>

**Article 308 (Defamation of Dead Person)**
A person who defames a dead person by publicly alleging false facts shall be punished by imprisonment without prison labor for not more than two years or by a fine not exceeding five million won. <Amended by Act No. 5057, Dec. 29, 1995>

**Article 309 (Defamation through Printed Materials)** (1) A person who commits the crime of Article 307 (1), by means of newspaper, magazine, radio, or other publication with intent to defame another, shall be punished by imprisonment or imprisonment without prison labor for not more than three years or by a fine not exceeding seven million won. <Amended by Act No. 5057, Dec. 29, 1995>
(2) A person who commits the crime of Article 307 (2), by the method described in paragraph (1), shall be punished by imprisonment for not more than seven years or suspension of qualifications for not more than ten years, or a fine not exceeding fifteen million won. <Amended by Act No. 5057, Dec. 29, 1995>

**Article 310 (Justification)**
If the facts alleged under Article 307 (1) are true and solely for the public interest, the act shall not be punishable.

**Article 311 (Insult)**
A person who publicly insults another shall be punished by imprisonment or imprisonment without prison labor for not more than one year or by a fine not exceeding two million won. <Amended by Act No. 5057, Dec. 29, 1995>

**Article 312 (Complaint)** (1) The crimes of Articles 308 through 311 shall be prosecuted only upon complaint. <Amended by Act No. 5057, Dec. 29, 1995>
(2) The crimes of Articles 307 through 309 shall not be prosecuted over the express objection of the victim. <Amended by Act No. 5057, Dec. 29, 1995>

CHAPTER XXXIV CRIMES AGAINST CREDIT, BUSINESS AND AUCTION

&lt;Amended by Act No. 12881; Dec. 30, 2014&gt;

**Article 760 (Liability of Joint Tort-feasors)** (1) If two or more persons have by their joint unlawful acts caused damages to another, they shall be jointly and severally liable to make compensation for such damages.
(2) The provisions of paragraph (1) shall also apply if it is impossible to ascertain which of the participants, albeit not joint, has caused the damages.
(3) Instigators and accessories shall be deemed to act jointly.

**Article 761 (Self-Defense and Act of Necessity)** (1) A person who, in order to protect his own interest or that of a third person against an unlawful act of another, unavoidably causes damages to another person shall not be liable for such damages: Provided, That the injured party may claim for damages in respect of the unlawful act.
(2) The provisions of paragraph (1) shall apply mutatis mutandis where a person unavoidably caused damages to another person in order to avert an imminent danger.

**Article 762 (Status of Unborn Child in respect of Claims for Damage)**
An embryo or fetus shall, in respect of the claim for damages, be deemed to have been already born.

**Article 763 (Applicable Provisions to be Applied Mutatis Mutandis)**
The provisions of Articles 393, 394, 396 and 399 shall apply mutatis mutandis to torts claims.

**Article 764 (Special Rules Applicable to Defamation)**
The court may, on the application of the injured party, order the person who has defamed another's reputation to take measures appropriate for repairing the injured party's reputation, either in lieu of, or together with provision of compensation.
&lt;Amended by Act No. 12881; Dec. 30, 2014&gt;
[Including the publication of apology in newspapers, etc., in the "measures appropriate for repairing the injured party's reputation" in this Article is in violation of the Constitution according to the decision of limited unconstitutionality by the Constitutional Court made on Apr. 1, 1991]

⌜CIVIL ACT⌟

**Article 765 (Application for Reduction in Compensation Amount)** (1) The person liable to make compensation in accordance with the provisions of this Chapter may petition the court for a reduction in the amount of compensation, if the damages were caused neither intentionally nor by gross negligence, and such payments of compensation shall be a severe hardship to his livelihood.

(2) The court may, if the petition mentioned in paragraph (1) has been filed, reduce the amount of compensation after a study of the claimant's and obligor's respective financial situations and the cause giving rise to the damages.

**Article 766 (Prescription in respect of Right to Claim for Damages)** (1) The right to claim for damages resulting from an unlawful act shall lapse by prescription if not exercised within three years commencing from the date on which the injured party or his/her legal representative becomes aware of such damage and of the identity of the person who caused it.

(2) The provisions of paragraph (1) shall also apply if ten years have elapsed from the time when the unlawful act was committed.

### PART IV RELATIVES
#### CHAPTER I GENERAL PROVISION

**Article 767 (Definition of Relatives)**
A spouse, blood relatives and relatives by affinity shall be considered as relatives.

**Article 768 (Definition of Blood Relatives)**
One's lineal ascendants and lineal descendants shall be one's lineal blood relatives. One's brothers and sisters, brother's and sister's lineal descendants, brothers and sisters of one's lineal ascendants and such brother's and sister's lineal descendants shall be considered collateral blood relatives. <Amended by Act No. 4199, Jan. 13, 1990>

**Article 769 (Lineal of Relatives by Affinity)**
Spouses of blood relatives, blood relatives of the spouse, and spouses of the blood relatives of the spouse shall be relatives by affinity. <Amended by Act No. 4199, Jan. 13, 1990>

22, 2009; Act No. 10465, Mar. 29, 2011; Act No. 11690, Mar. 23, 2013>

[This Article Wholly Amended by Act No. 9119, Jun. 13, 2008]

## Article 69-2 (Accusation)

In cases where an act falling under any subparagraph of Article 64-3 (1) is deemed existing, the Korea Communications Commission may accuse the responsible provider of information and communications services or similar to the local prosecutor's office or other investigative agencies.

[This Article Newly Inserted by Act No. 11322, Feb. 17, 2012>

## CHAPTER X PENALTY PROVISIONS

**Article 70 (Penalty Provisions)**  (1) A person who commits defamation of another person by disclosing a fact to the public through an information and communications network purposely to disparage his/her reputation shall be punished by imprisonment with labor for up to three years, or by fine not exceeding 30 million won. <Amended by Act No. 12681, May 28, 2014>

(2) A person who commits defamation of another person by disclosing a false fact to the public through an information and communications network purposely to disparage his/her reputation shall be punished by imprisonment with labor for up to seven years, by suspension of qualification for up to ten years, or by fine not exceeding 50 million won.

(3) The public prosecution may not prosecute a person who committed a crime under paragraph (1) or (2) against the victim's will explicitly manifested.

[This Article Wholly Amended by Act No. 9119, Jun. 13, 2008]

## Article 71 (Penalty Provisions)

Any of the following persons shall be punished by imprisonment with labor for up to five years or by fine not exceeding 50 million won:

1. A person who collects personal information without consent of the relevant user in violation of Article 22 (1) (including cases to which the aforesaid provision shall apply mutatis mutandis pursuant to Article 67);