# CIVIL PROCEDURE ACT

Wholly Amended by Act No. 6626, Jan. 26, 2002  
Amended by Act No. 7428, Mar. 31, 2005  
Act No. 7427, Mar. 31, 2005  
Act No. 7849, Feb. 21, 2006  
Act No. 8438, May 17, 2007  
Act No. 8499, Jul. 13, 2007  
Act No. 9171, Dec. 26, 2008  
Act No. 10373, Jul. 23, 2010  
Act No. 10629, May 19, 2011  
Act No. 10859, Jul. 18, 2011  
Act No. 12587, May 20, 2014  
Act No. 12882, Dec. 30, 2014  
Act No. 13521, Dec. 1, 2015  
Act No. 13952, Feb. 3, 2016  
Act No. 14103, Mar. 29, 2016  
Act No. 14966, Oct. 31, 2017

**Article 217 (Recognition of Foreign Country Judgments)**

(1) A final and conclusive judgment rendered by a foreign court or a judgment acknowledged to have the same force (hereinafter referred to as "final judgment, etc.") shall be recognized, if all of the following requirements are met: <Amended by Act No. 12587, May 20, 2014>

1. That the international jurisdiction of such foreign court is recognized under the principle of international jurisdiction pursuant to the statutes or treaties of the Republic of Korea;

2. That a defeated defendant is served, by a lawful method, a written complaint or document corresponding thereto, and notification of date or written order allowing him/her sufficient time to defend (excluding cases of service by public notice or similar), or that he/she responds to the lawsuit even without having been served such documents;

3. That the approval of such final judgment, etc. does not undermine sound morals or other social order of the Republic of Korea in light of the contents of such final judgment, etc. and judicial procedures;

4. That mutual guarantee exists, or the requirements for recognition of final judgment, etc. in the Republic of Korea and the foreign country to which the foreign country court belongs are not far off

balance and have no actual difference between each other in important points.

(2) A court shall ex officio investigate whether the requirements under paragraph (1) are satisfied. <*Newly Inserted by Act No. 12587, May 20, 2014*>

**Article 217-2 (Recognition of Final Judgment, etc. on Compensation for Damage)**

(1) Where final judgment, etc. on compensation for damage give rise to a result being markedly against the basic order of the Acts of the Republic of Korea or international treaties entered into by the Republic of Korea, a court shall not approve the whole or part of relevant final judgment, etc.

(2) Where a court examines requirements under paragraph (1), it shall consider whether the scope of compensation for damage recognized by a foreign court comprises litigation costs and expenses, including attorney fees, and the scope thereof.



# CIVIL EXECUTION ACT

```
                               Act No. 6627, Jan. 26, 2002
                  Amended by Act No. 7358, Jan. 27, 2005
                               Act No. 8581, Aug.  3, 2007
                               Act No. 8622, Aug.  3, 2007
                               Act No. 9525, Mar. 25, 2009
                               Act No. 10376, Jul. 23, 2010
                               Act No. 10539, Apr.  5, 2011
                               Act No. 10580, Apr. 12, 2011
                               Act No. 12588, May 20, 2014
                               Act No. 13286, May 18, 2015
                               Act No. 13952, Feb.  3, 2016
```

**Article 26 (Compulsory Execution by Foreign Trial)**

(1) Compulsory execution based upon the final and conclusive judgment of a foreign court or a trial the effect of which is recognized as the same therewith (hereinafter referred to as "final and conclusive judgment, etc.") may be conducted only if a court of the Republic of Korea has permitted such compulsory execution by means of a judgment of execution. <*Amended by Act No. 12588, May 20, 2014*>

(2) A lawsuit seeking a judgment of execution shall be under the jurisdiction of the district court located at the debtor's general forum, and if there exists no general forum, it shall be under the jurisdiction of the court having jurisdiction over a lawsuit against the debtor under Article 11 of the Civil Procedure Act.

**Article 27 (Judgment of Execution)**

(1) A judgment of execution shall be made without making any examination as to whether the judgment is right or wrong.

(2) A lawsuit seeking a judgment of execution shall be dismissed without prejudice if it falls under any of the following: <*Amended by Act No. 12588, May 20, 2014*>

  1. When it has not been proved that the final and conclusive judgment, etc. of a foreign court has become final and conclusive;

  2. When the final and conclusive judgment, etc. of a foreign court fails to fulfill the conditions under Article 217 of the Civil Procedure Act.

# ACT ON PRIVATE INTERNATIONAL LAW

Wholly Amended by Act No. 6465, Apr.  7, 2001
Amended by Act No. 10629, May 19, 2011
Act No. 13759, Jan. 19, 2016

**Article 5 (Application of Foreign Law)**

A court shall investigate and apply, on its own initiative, the contents of the foreign law designated by this Act and may request a party's cooperation for the purpose.

**Article 25 (Party's Autonomy)**

(1) A contract shall be governed by the law which the parties choose explicitly or implicitly: Provided, That the implicit choice shall be limited to the case which the implicit choice can be reasonably recognized by the content of the contract and all other circumstances.

(2) The parties may choose the applicable law regarding a part of the contract.

(3) The parties may change, by agreement, the applicable law under the provision of this Article or Article 26: Provided, That the change of the applicable law made after the conclusion of the contract shall not affect the validity of the contract method and the right of a third party.

(4) In case, notwithstanding that all the elements are solely related to one country, the parties choose the law of any other country than that of the country, the application of the mandatory provisions of the relevant country shall not be excluded.

(5) The provision of Article 29 shall be applied mutatis mutandis with respect to the formation and validity of the agreement between the parties with respect to the choice of the applicable law.