# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYEWOONG YOON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SEYONG LEE a/k/a SE-YEON LEE a/k/a ) <br> SE YEON LEE a/k/a SE Y. LEE a/k/a ) <br> SE-Y. LEE, ) <br> ) <br> Defendant ) | Civil Action No. 19-10278-PBS |
| HYEWOONG YOON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUHYNG LEE a/k/a JU-HYUNG LEE a/k/a ) <br> JU HYUNG LEE a/k/a JU-H LEE a/k/a ) <br> JU H. LEE, ) <br> ) <br> Defendant ) | Civil Action No. 19-10280-PBS |
| HYEWOONG YOON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KOREAN BROADCASTING SYSTEM ) <br> ) <br> Defendant ) | Civil Action No. 19-10281-PBS |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY
MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants respectfully move this Court for leave to file a short reply memorandum in support of their (now consolidated) motions to dismiss. Defendants believe that a reply memorandum will help clarify a few significant issues and assist the Court in resolving the motions. Defendants will address a couple of points raised in the Plaintiff's Opposition that they did not reasonably anticipate at the time they filed their motions to dismiss. In addition, pursuant to the Court's June 3, 2019 Order (Dkt. # 18), Defendants will address the basis for diversity jurisdiction, which Plaintiff failed to address in his Opposition.

WHEREFORE, Defendants respectfully request that the Court allow this Motion and permit them to file a reply memorandum in support of their motion to dismiss the complaints.

Respectfully submitted,

KOREAN BROADCASTING SYSTEM,
SEYEON LEE, and
JUHYUNG LEE

/s/ *Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
Joseph B. Hernandez (BBO No. 704223)
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
dbrooks@libbyhoopes.com
jhernandez@libbyhoopes.com

Dated: June 12, 2019

## LOCAL RULES 7.1(a) CERTIFICATE OF COMPLIANCE

I hereby certify that Court for Defendants conferred with counsel for the Plaintiff in a good-faith effort to resolve or narrow the issues raised by this Motion pursuant to Local Rule 7.1(a). Counsel for the Plaintiff assents to this Motion.

/s/ *Douglas S. Brooks*
Douglas S. Brooks

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on June 12, 2019.

/s/ *Douglas S. Brooks*
Douglas S. Brooks (BBO No. 636697)
Joseph B. Hernandez (BBO No. 704223)
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
dbrooks@libbyhoopes.com
jhernandez@libbyhoopes.com