# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYEWOONG YOON,            ) <br>     Plaintiff                          ) <br> v.                                         ) <br> SEYEON LEE a/k/a SE-YEON LEE a/k/a  ) <br> SE YEON LEE a/k/a SE Y. LEE a/k/a     ) <br> SE-Y. LEE                             ) <br>     Defendant                         ) | Civil Action No.: 1:19-cv-10278-PBS |
| HYEWOONG YOON,            ) <br>     Plaintiff                          ) <br> v.                                         ) <br> JUHYUNG LEE a/k/a JU-HYUNG LEE  ) <br> a/k/a JU HYUNG LEE a/k/a            ) <br> JU-H. LEE a/k/a JU H. LEE          ) <br>     Defendant                         ) | Civil Action No.: 1:19-cv-10280-WGY |
| HYEWOONG YOON,            ) <br>     Plaintiff                          ) <br> v.                                         ) <br> KOREAN BROADCASTING SYSTEM ) <br>     Defendant                         ) | Civil Action No.: 1:19-CV-10281-ADB |

## ASSENTED TO MOTION TO SUPPLEMENT PLAINTIFF'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff, Hyewoong Yoon ("Mr. Yoon"), respectfully requests permission from the Court to supplement it's Opposition to Defendants' Motion to Dismiss by stating the basis for this Court's diversity jurisdiction as follows:

"This Court has diversity jurisdiction over the Defendants based on 28 U.S. Code § 1332(a)(2), because Mr. Yoon is a citizen of this state, and Defendants are citizens of South Korea who are not domiciled in Massachusetts."

The reason for this request is that the Court, on June 3, 2019, ordered this to be addressed in Plaintiff's Opposition, but counsel for Plaintiff realized that it was not included.

Respectfully Submitted,

/s/ Joseph Perl
Joseph Perl
B.B.O. 680509
Law Office of Joseph Perl
203 Arlington St., Suite 2
Watertown, MA 02472
781-704-7047
perl@perlattorney.com

**LOCAL RULE 7.1(a) CERTIFICATE OF COMPLIANCE**

I hereby certify that prior to this motion's filing, on June 16, 2019, counsel for Plaintiff conferred with counsel for the Defendant in a good faith effort to resolve or narrow the issues raised by this Motion pursuant to local rule 7.1(a). Counsel for Defendant has assented to this Motion.

/s/ Joseph Perl
Joseph Perl

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Joseph Perl
Joseph Perl