UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HYEWOONG YOON,<br><br>        Plaintiff,<br><br>v.<br><br>SEYONG LEE a/k/a SE-YEON LEE a/k/a<br>SE YEON LEE a/k/a SE Y. LEE a/k/a<br>SE-Y. LEE,<br><br>        Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-10278-PBS |
| HYEWOONG YOON,<br><br>        Plaintiff,<br><br>v.<br><br>JUHYNG LEE a/k/a JU-HYUNG LEE a/k/a<br>JU HYUNG LEE a/k/a JU-H LEE a/k/a<br>JU H. LEE,<br><br>        Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-10280-PBS |
| HYEWOONG YOON,<br><br>        Plaintiff,<br><br>v.<br><br>KOREAN BROADCASTING SYSTEM<br><br>        Defendant | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-10281-PBS |

**LOCAL RULE 16.1 CERTIFICATION**

I affirm that I have conferred with Korean Broadcasting System's counsel of record with a view to establishing a budget for the costs of conducting full course—and various alternative courses—of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

			Jae-Eun Shin
			Corporate Counsel
			Korean Broadcasting System

Dated: July 15, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on July 15, 2019.

			/s/ Douglas S. Brooks
			Douglas S. Brooks