# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HYEWOONG YOON,<br>　　　Plaintiff<br>v.<br>SEYEON LEE a/k/a SE-YEON LEE a/k/a<br>SE YEON LEE a/k/a SE Y. LEE a/k/a<br>SE-Y. LEE<br>　　　Defendant | Civil Action No.: 1:19-cv-10278-PBS |
| HYEWOONG YOON,<br>　　　Plaintiff<br>v.<br>JUHYUNG LEE a/k/a JU-HYUNG LEE<br>a/k/a JU HYUNG LEE a/k/a<br>JU-H. LEE a/k/a JU H. LEE<br>　　　Defendant | Civil Action No.: 1:19-cv-10280-WGY |
| HYEWOONG YOON,<br>　　　Plaintiff<br>v.<br>KOREAN BROADCASTING SYSTEM<br>　　　Defendant | Civil Action No.: 1:19-CV-10281-ADB |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned affirms that he has consulted with the Plaintiff, Hyewoong Yoon, with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outline in Local Rule 16.4.

_____
Hyewoong Yoon
June 24, 2019

_____
Bernard D. Posner, Esquire
BBO No. 659020
FURMAN GREGORY DEPTULA
4 13TH Street, Suite 2
Boston, MA 02129

CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2019 this document was filed through the ECF system and was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s /Bernard D. Posner*

Bernard D. Posner