```
                                                        4
 1            A.  40 years old.  1979.  Born in
 2   1979.
 3            Q.  And how long have you lived in the
 4   United States?
 5            A.  11 years.
 6            Q.  And when did you first meet Allen?
 7            A.  April of 2007.
 8            THE INTERPRETER:  He met him in
 9   Korea.
10            Q.  What town and state do you live in
11   now?
12            A.  Harrington Park, New Jersey.
13            MR. PERL:  Can I just ask a
14   question off the record?
15            (Discussion off the record)
16            MR. PERL:  Could we please mark
17   this as the first exhibit?
18            (Exhibit No. 1 marked
19            for identification)
20   BY MR. PERL:
21            Q.  Can you please look at this
22   exhibit?  Do you recognize this?
23            A.  A little bit.
24            Q.  Did you read the amended complaint
```

5

1      that was filed in this case?
2           A.   Yes.
3           Q.   Did you have it translated for
4      you?
5           A.   Yes.
6           Q.   And did you discuss it with your
7      lawyer?
8           A.   Yes.
9           Q.   And do you agree that what is
10     stated in there is true?
11          A.   Yes.
12               MR. PERL:  Can I please have the
13     next exhibit marked as Exhibit 2?
14               (Exhibit No. 2 marked
15               for identification)
16          Q.   Please take a look at this
17     exhibit, and tell me if you recognize it.
18          A.   Yes.  It's just that the pages
19     were -- it's not in the right order.  The
20     second page should be the first page.
21          Q.   I'm sorry.  Can we flip the pages
22     please?  I'll do that.  I gave it to you
23     in the wrong order.  It's in Korean, so
24     it's hard for me to know.

16

1  Q. Okay. So whatever you received
2  from the company was your company's
3  salary?
4  A. Yes.
5  Q. And whatever money you received
6  from the company was for work you did for
7  the company?
8  A. Yes.
9  Q. So if you could please look at
10 Exhibit No. 1 again, the first exhibit.
11 So this is the amended complaint. Who
12 translated this for you?
13 A. No one did.
14 Q. Okay. Were you able to understand
15 the whole thing?
16 A. So some parts I was able to
17 understand, and some parts I was not able
18 to understand I used a Google translator
19 to translate.
20 Q. Okay. Now, did anybody explain to
21 you what this amended complaint was?
22 A. No.
23 Q. Okay. Now, if you could please
24 turn to Exhibit 4. Now, do you remember

```
                                                            7
 1      sign this document?
 2            A.  No.
 3            Q.  When were you first contacted by
 4      BHC?
 5            A.  So spring of 2018 was the first
 6      telephone call.
 7            Q.  Okay.  And BHC offered you
 8      compensation to provide information about
 9      BBQ, correct?
10            A.  They didn't say it directly, but
11      indirectly they did.
12            Q.  Okay.  And they paid you
13      compensation to provide information about
14      BBQ, correct?
15            A.  Yes.
16            Q.  How much compensation?
17            A.  So in Korean money, so about
18      9,000.  It would be less than 9000 per
19      month in American money, but he received
20      it in Korean money.
21            Q.  How much was it in Korean money?
22            A.  So 9.67 million won.
23                THE WITNESS:  No.  9 million.
24            A.  So 9.67 million won, W-O-N.
```

8

```
 1              THE INTERPRETER:  W-O-N.  It's a
 2    Korean currency.
 3         Q.  And they also provided you this
 4    compensation to provide information about
 5    the owners of BBQ and their family,
 6    correct?
 7         A.  Yes.
 8         Q.  And those people included Allen
 9    Yoon and Hong Geun Yoon, correct?
10         A.  So those two people and Insang
11    Yoon, who is the brother, younger brother.
12    The brother of the CEO as well.  So the
13    three people.
14         Q.  Okay.  So the three people are
15    Hong Geun Yoon, Allen Yoon, and Hong Geun
16    Yoon's brother?
17         A.  Yes.
18              MR. PERL:  If we could go off the
19    record real quick.
20              (Discussion off the record)
21    BY MR. PERL:
22         Q.  So did they ask you to provide
23    documents to them?
24         A.  Yes.
```

15

1  Q. What information was aired
2  incorrectly?
3  A. The fact that -- it was aired that
4  their education and the living expenses
5  were from the revenue from the stores.
6  Q. Okay.
7  A. That was incorrectly aired. So it
8  was aired incorrectly that -- so the
9  company paid me and that was used to pay
10 for their education and living expenses.
11 Q. And that was incorrect?
12 A. Yes.
13 Q. And why did KBS incorrectly air
14 that information, if you know?
15 A. So I think that the BHC used the
16 first documentation to incorrectly air the
17 information.
18 Q. How did they use the documentation
19 to incorrectly air the information?
20 A. So whatever I received from the
21 U.S. company is my salary. And then they
22 aired as if it -- that they use -- I use
23 that money for the living expenses for the
24 children.

16

1    Q. Okay. So whatever you received
2    from the company was your company's
3    salary?
4    A. Yes.
5    Q. And whatever money you received
6    from the company was for work you did for
7    the company?
8    A. Yes.
9    Q. So if you could please look at
10   Exhibit No. 1 again, the first exhibit.
11   So this is the amended complaint. Who
12   translated this for you?
13   A. No one did.
14   Q. Okay. Were you able to understand
15   the whole thing?
16   A. So some parts I was able to
17   understand, and some parts I was not able
18   to understand I used a Google translator
19   to translate.
20   Q. Okay. Now, did anybody explain to
21   you what this amended complaint was?
22   A. No.
23   Q. Okay. Now, if you could please
24   turn to Exhibit 4. Now, do you remember

                                                                    32

1                    CERTIFICATE

2    Commonwealth of Massachusetts

3    Suffolk, ss.

4         I, Toni F. Beckwith, Registered Merit

5    Reporter and Notary Public in and for the

6    Commonwealth of Massachusetts, do hereby

7    certify that HYUNWOOK JOO, the witness

8    whose deposition is hereinbefore set

9    forth, was duly sworn by me and that such

10   deposition is a true record of the

11   testimony given by the witness.

12        I further certify that I am neither

13   related to or employed by any of the

14   parties in or counsel to this action, nor

15   am I financially interested in the outcome

16   of this action.

17        In witness whereof, I have hereunto set

18   my hand this 12th day of August 2019.

19                    *Toni F. Beckwith*

20                    Notary Public

21                    CSR No. 111293

22   My commission expires:

23   January 17, 2025

24