**Exhibit B**

[별지 제41호서식]

Registered No.   2019 — 1846

# NOTARIAL CERTIFICATE



HANSUBOK
NOTARY PUBLIC OFFICE
38, Jong-ro 3-gil, Jongno-gu, Seoul, Korea
TEL :  +82  2  756  3300
FAX :  +82  2  756  4300

Yong-Ho Moon, Korean Bar Association Registration No. 10438
yhmoon@shinkim.com
Shin & Kim
23F, D-Tower (D2)
17 Jongno 3-gil, Jongno-gu
Seoul 03155, Korea
Tel: (82) 2-316-4661  /  Fax: (82) 2-756-6226

## Declaration of Mr. Yong-Ho Moon



I, the undersigned Yong-Ho Moon, declare as below.

1.  I am currently an active member of the Korean Bar Association and a Partner Attorney with Shin & Kim, a law firm in the Republic of Korea. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.  Shin & Kim is the litigation counsel for Plaintiff Hye-Woong Yoon in the litigation ongoing between Plaintiff, comprising of three persons, namely, Genesis BBQ, Hong-Keun Yoon, Hye-Woong Yoon, and Defendant, comprising of three persons, namely, KBS, Se-Yeon Lee, Joo-Hyung Lee, in which I am the counsel representing the Plaintiff. Regarding the questions of Genesis BBQ, I hereby set forth my reply as below:

3.  In Korean court proceedings, in order to submit witness's testimony as evidence, the parties must apply for witness and submit documents stating the matters to be examined or cross-examined for witness's testimony only upon the permission of the court. If permitted by the court, a witness can be called to appear before court to testify in person under oath and the parties may submit such witness testimony as evidence. Without the permission of the court, the parties may still submit a witness statement written or recorded by a witness, but it is regarded as a documentary evidence, not a testimony.

4.  Further, if the documents have been duly collected in the course of the trial, any other documents (transcripts, etc.) submitted in other court proceedings may be submitted as documentary evidence. Provided however, no party to any litigation shall

be forced to prepare or record any documents that could be used as evidence against him/herself.

5. Before the Korean courts, the parties may request that the judge ask the counterparty for clarification on factual matters, and the judge may accept such request and exercise its order for clarification to receive a reply from the counterparty. However, as the counterparty is not obliged to reply to such request for clarification of the judge, there is no special way to force a counterparty to provide a reply against his/her intention. Neither do Korean litigation practices have any procedures by which the parties to the litigation may prepare a list of questions and address such questions to the other party in order to enforce a reply therefrom.

6. In Korea, as there is no separate procedure that corresponds to the discovery of evidence in the U.S., it is difficult to collect and submit any material owned solely by the counterparty as evidence. Moreover, in Korea, a hearing is held at an interval of once every three to four weeks to proceed with the litigation procedure, including the examination of evidence, where simple cases normally hold two to three hearings, while complex cases normally hold no less than five hearings, before the final ruling is rendered.

7. In light of the fact that the case between Hye-Woong Yoon and KBS, etc. is still pending with the first trial court ruling yet to be rendered, even if the case is withdrawn, the claim shall not be subject to the Principle of Prohibition of Retrial as prescribed in Article 267 (2) of the Civil Procedure Act. Given such circumstances, unless the first trial court decision is rendered, a claim may be raised again after the claim is withdrawn.

I hereby confirm that the facts stated above is true and accurate to the best of my knowledge, and hereby sign this statement in Seoul, Republic of Korea, as of September 5, 2019.

*Yongho Moon*

Yong-Ho Moon

2

DECLARATION OF YONGHO MOON

[별지 제42호서식]

| | |
|---|---|
| 등부 2019 년 제 1846 호 | Registered No. 2019 - 1846 |
| 인 증 | Notarial Certificate |

위   문용호의 진술서   에 기재된

문 용 호 은

Yong-Ho Moon

personally appeared before me
and admitted his (her)
subscription to the attached

본 공증인의 면전에서 위 사서증서에
자기가 기명날인 한 것임을 확인하였다.

Declaration
of Mr. Yong-Ho Moon

2019년 09월 06일

This is hereby attested on this
06th day of   Sep  , 2019
at this office.

이 사무소에서 위 인증한다.

공증인 한수복 사무소

소 속   서울중앙지방검찰청
소재지 서울 종로구 종로3길 38,
표  시 4층 403호(청진동,진학회관)

HANSUBOK
NOTARY PUBLIC OFFICE

Seoul Central District Prosecutors' Office
38, Jong-ro 3-gil, Jongno-gu, Seoul, Korea

공증인 한 수 복

Signature of the Notary Public
HAN, SUBOK

본 사무소는 법률 제211호에 의거하여
2019년 07월 29일 법무부 장관으로부터
공증인 업무를 행할 것을 인가 받았다.

This office has been authorized by
the Minister of Justice, the Republic
of Korea, to act as
Notarial Public Since
29th.JUL,2019 Under Law No. 211

| | | |
|---|---|---|
| 서울 종로구 종로3길 38,<br>4층 403호(청진동,진학회관) | 공증인 한수복 사무소 | TEL:756-3300<br>FAX:756-4300 |